UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

VILLA PROPERTIES, LLC[1],

      Debtor.

_____)

Chapter 11
Case No. 18-40003-MBM
Honorable Marci B. McIvor
(Jointly Administered)

## DEBTORS' COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

## INTRODUCTION

Debtors submit the following as their Combined Plan of Reorganization and Disclosure Statement.

The format follows the Requirements for Information to Include in the Combined Plan and Disclosure Statement posted on the Court's website to the extent such requirements are applicable in the circumstances of this case.

## I. The Plan of Reorganization

### A.    Definitions

For the purpose of this Plan, the following terms shall have the meanings set out below unless the context clearly requires otherwise. Terms that are not defined below shall have the meaning supplied in the U. S. Bankruptcy Code.

---

[1] The Debtors in these jointly administered proceedings are: Villa Properties, LLC and Timothy Bakeman, Case No. 18-40004-MBM.

A.1    Administrative Claim: Any claim including, but not limited to, a claim for compensation of a professional, made pursuant to § 330 of the Code, U.S. Trustee fees, and claims entitled to administrative priority pursuant to § 507(a)(1) of the Code.

A.2    Administrative Claims Bar Date:    As set forth in Section C of the Plan as the last day by which creditors asserting Administrative Claims against the Debtors must file motions for their allowance with the Court.

A.3    Allowed Administrative Claim: That portion of an Administrative Claim that has been allowed by a Final Order or has not been objected to within the time periods established by the Plan or a Final Order of the Court.

A.4    Allowed Claim: Any claim for which a proof of claim has been filed prior to the Bar Date or which is scheduled and not listed as disputed, contingent, or unliquidated, and to which no objection has been timely filed; or any claim as to which an objection has been resolved by a Final Order of the Court establishing the priority and amount of such claim.

A.5    Allowed Secured Claim: A Secured Claim that is an Allowed Claim.

A.6    Ballot: The Official Form No. 14 or a document prepared to substantially conform to same being sent to all creditors and parties-in-interest entitled to vote for or against the Plan.

A.7    <u>Bankruptcy Code or Code:</u> The Bankruptcy Reform Act of 1978, as amended (11 U.S.C. §§ 101, et seq.), also known as the United States Bankruptcy Code.

A.8    <u>Bankruptcy Court:</u> The United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, and any court having jurisdiction over any appeals.

A.9    <u>Bankruptcy Rules or Rules:</u> The Federal Rules of Bankruptcy Procedure, and any amendments thereto. To the extent applicable, Bankruptcy Rules also refers to the Local Rules of the U.S. District Court for the Eastern District of Michigan, as amended and the Local Bankruptcy Rules for the Eastern District of Michigan, as amended.

A.10   <u>Bar Date</u>: May 1, 2018

A.11   <u>Case</u>: This Chapter 11 Bankruptcy case.

A.12   <u>Chapter 11</u>: Chapter 11 of the Code.

A.13 <u>Claim</u>: Claim shall have that meaning specified by § 101(5) of the Code.

A.14 <u>Confirmation Date</u>: The date on which the Confirmation Order is entered.

A.15 <u>Confirmation Order</u>: The Order or Orders confirming this Plan.

A.16 <u>Creditor</u>: Any person or entity having an Allowed Claim against Debtors or property of Debtors.

A.17 <u>Debtors</u>: Villa Properties, LLC and Timothy Bakeman

A.18 <u>Effective Date</u>: Thirty days after entry of a Final Order confirming this Plan.

A.19 <u>Estate</u>: The estate created under § 541 of the Code.

A.20 <u>Final Order</u>: An Order of the Bankruptcy Court as to which (i) the time for appeal has expired and no appeal has been timely taken; or (ii) any timely appeal has been finally determined or dismissed.

A.21 <u>Petition Date</u>: January 2, 2018

A.22 <u>Plan</u>: This Plan of Reorganization, including any modifications, amendments or corrections thereof.

A.23 <u>Priority Claim</u>: A Claim under or entitled to priority under § 507(a) of the Code.

A.24 <u>Priority Creditor</u>: A Creditor who asserts a Priority Claim.

4

A.25   Professional Fees: The fees and reimbursement for disbursements owed to attorneys, accountants, or other professionals whose employment has been approved by the Bankruptcy Court.

A.26   Reorganized Debtors: The Debtors, on and after the Effective Date.

A.27   Retained Properties: The real property to be retained by the Debtors pursuant to Section F.2 of the Plan.

A.28   Secured Claims: Claim of creditors holding valid and non-voidable liens against assets of the Debtors.

A.29   Unsecured Claim: A Claim that is not a Secured Claim, an Administrative Claim, nor a Priority Claim.

A.30   Unsecured Creditor: Any Creditor that holds an Unsecured Claim.

**B.   General Terms and Conditions**

The following general terms and conditions apply to this Plan.

B.1   Claims: Various types of claims are defined in this Plan. This Plan is intended to deal with all claims against the Debtors or property of the Debtors of whatever character, whether or not contingent or liquidated, or whether or not allowed by this Court pursuant to § 502(a) of the Code. However, only those claims allowed pursuant to § 502(a) of the Code will receive the treatment afforded by the Plan.

B.2    Time for Filing Claims: All creditors other than creditors holding an Administrative Claim, including creditors having damage claims by reason of § 1124(2)(c) of the Code, must file proofs of claim, if necessary, by the Bar Date. Rejection claims must be filed within thirty (30) days after the Confirmation Date.

Administrative Claims, other than those made pursuant to § 330 of the Code, must be filed within thirty (30) days after the Confirmation Date. Any claim which must be filed by the Bar Date and which is not filed by such date shall be forever barred.

## C.    Grouping and Treatment of Administrative Claimants

The following Administrative Claims are not subject to classification and are not entitled to vote on the Plan and will receive the following treatment:

C.1.    Group 1 – Administrative Claims: Group 1 holders of Administrative Claims shall be paid the full amount of their Claims on such date as may be mutually agreed upon between the Debtors and the particular claimant, or, if no such date is agreed upon, the latest of (i) the Effective Date, (ii) the date by which payment would be due in the ordinary course of business between the Debtors and such Administrative Creditor, or (iii) the date on which the Bankruptcy Court enters a Final Order, if necessary, approving the Debtors' payment of such expenses.    All requests for payment of an Administrative Claim, including

professionals, must be filed with the Court and served on counsel for the Debtors within thirty (30) days from the date of entry of the Confirmation Order.

The following priority administrative claims are owed:

(1)     Steinberg Shapiro & Clark – Steinberg Shapiro & Clark is entitled to a priority claim pursuant to 11 U.S.C. § 503(b) for fees and expenses incurred as counsel to the Debtors.   After application of the retainer and allowance and payment on its First Interim Application for Fees and Expenses incurred as Counsel for the Debtor-in-Possession, Steinberg Shapiro & Clark is owed the approximate amount of $38,000.00.   Debtors will pay the priority claim of Steinberg Shapiro & Clark in full no later than five (5) days after Court enters a Final Order approving Steinberg Shapiro & Clark's fee and expenses.

(2)     United States Trustee – The Debtors shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) for all quarters completed for which payment is currently due within 10 days after the Effective Date and shall continue to remit quarterly fee payments based on all disbursements until the case is closed by order of the court.

The Debtors shall continue to remit to the Office of the United States Trustee all appropriate post confirmation monthly reports for the relevant time periods and continue to remit, in full, all quarterly fee payments owed and/or due based on all disbursements, until this Bankruptcy Case is closed by Court Order,

7

converted or dismissed. After this case is closed, to the extent any monthly reports have not been timely provided or fees not paid in full, this case may be re-opened by the office of the United States Trustee to file such Motions or take such action as appropriate to be provided with such reports and paid any fees owed or due.

### D.     Division of Creditors and Interest Holders into Classes

For the purposes of satisfaction of all claims against and interests in the Debtors, the claims and interests are divided into the following classes:

D.1     Secured Claim of BAC

D.2     Secured Claim of Chase Bank

D.3     Secured Claim of CitiMortgage

D.4     Secured Claim of Comerica Bank

D.5     Secured Claim of DiTech

D.6     Secured Claim of Fifth Third

D.7     Secured Claim of Members First Credit Union

D.8     Secured Claim of Nationstar Mortgage, LLC

D.9     Secured Claim of Ocwen

D.10   Secured Claim of Seterus

D.11   Secured Claim of the City of Detroit Water Company

D.12   General Unsecured Claims of Debtor Villa Properties, LLC

D.13   Secured Claim of Comerica Bank Against Debtor, Timothy Bakeman

8

D.14   Secured Claim of Chase Bank Against Debtor, Timothy Bakeman:

D.15   Secured Claim of Comerica Bank as to Gordon Switch Property

D.16   Secured Claim of Ford Motor Credit

D.17   Secured Claim of Lincoln AFS

D.18   Unsecured Claims Against Debtor, Timothy Bakeman

D.19   Membership Interest in Villa Properties, LLC

**E.     Treatment of Claims and Interests**

E.1 Secured Claim of BAC: Class 1 is comprised of the Secured Claim of

BAC.  Debtor is the owner of following real properties located in the City of

Detroit in which BAC has a mortgage:

| Address | Street |
|---------|--------|
| 5290 | Farmbrook |
| 5700 | Marseilles |
| 11914 | Laing |
| 19488 | Braile |
| 20614 | Tireman |

(the "BAC Properties").   Absent entry of an earlier order, immediately upon the

Confirmation Order becoming a Final Order the BAC Properties will be

surrendered to BAC in full satisfaction of the Secured Claim of BAC and will no

longer be property of the Estate.

9

In addition to its Secured Claim, BAC is entitled to an unsecured claim against Debtor Timothy Bakeman for any deficiency amounts which is included in and will receive the treatment of Class 18 Unsecured Claims.

**Class 1 is unimpaired.**

E.2 <u>Secured Claim of Chase Bank:</u> Class 2 is comprised of the Secured Claim of Chase. Debtor is the owner of following real properties located in the City of Detroit in which Chase has a mortgage:

| Address | Street |
|---------|--------|
| 3950 | Bedford |
| 4667 | Balfour |
| 4667 | Berkshire |
| 5943 | Bedford |
| 7271 | Piedmont |
| 7788 | Stahelin |
| 8067 | Westwood |
| 9359 | Courville |
| 9849 | Balfour |
| 10080 | Britain |
| 10270 | Beaconsfield |
| 10384 | Beaconsfield |
| 10741 | Roxbury |
| 11368 | Stockwell |
| 11494 | Wayburn |
| 11691 | Laing |
| 12716 | Grandmont |
| 15634 | Liberal |
| 15683 | Maddelein |
| 15887 | Coram |
| 16523 | Hartwell |
| 18411 | Beland |
| 18988 | Woodbine |

| | |
|---|---|
| 19403 | Stahelin |
| 19450 | Prairie |
| 19974 | Kingsville |
| 20100 | Prevost |

(the "Chase Properties").   Absent entry of an earlier order, immediately upon the Confirmation Order becoming a Final Order the Chase Properties will be surrendered to Chase in full satisfaction of the Secured Claim of Chase and will no longer be property of the Estate.

In addition to its Secured Claim, Chase is entitled to an unsecured claim against Debtor Timothy Bakeman for any deficiency amounts which is included in and will receive the treatment of Class 18 Unsecured Claims.

**Class 2 is unimpaired.**

E.3 <u>Secured Claim of CitiMortgage:</u> Class 3 is comprised of the Secured Claim of CitiMortgage.   Debtor is the owner of following real properties located in the City of Detroit in which CitiMortgage has a mortgage:

| Address | Street |
|---|---|
| 4185 | Buckingham |
| 4318 | Berkshire |
| 7744 | Stahelin |
| 11700 | Duchess |
| 11881 | Riad |

(the "CitiMortgage Properties"). Absent entry of an earlier order, immediately upon the Confirmation Order becoming a Final Order the CitiMortgage Properties will be surrendered to CitiMortgage in full satisfaction of the Secured Claim of CitiMortgage and will no longer be property of the Estate.

In addition to its Secured Claim, CitiMortgage is entitled to an unsecured claim against Debtor Timothy Bakeman for any deficiency amounts which is included in and will receive the treatment of Class 18 Unsecured Claims..

**Class 3 is unimpaired.**

E.4 <u>Secured Claim of Comerica Bank:</u> Class 5 is comprised of the Secured Claim of Comerica Bank. Pursuant to Section F.2 of the Plan, the Debtors shall retain the following real properties located in the City of Detroit in which Comerica has a mortgage:

| Address | Street |
|---------|--------|
| 5581 | Marseilles |
| 5685 | Stahelin |
| 5707 | Stahelin |
| 5991 | Radnor |
| 6700 | Woodmont |
| 7434 | Clayburn |
| 10200 | Harvard |
| 10595 | Lanark |
| 10716 | Peerless |
| 10870 | Marne |
| 10992 | Worden |
| 11670 | Nottingham |
| 11808 | Whitehill |

12

| | |
|---|---|
| 12059 | Rossiter |
| 12122 | Rossiter |
| 12161 | Whitehill |
| 15252 | Rossini |
| 15483 | Carlisle |
| 15669 | Novara |
| 15827 | Lappin |
| 15827 | Rossini |
| 16032 | Eastburn |
| 16260 | Novara |
| 16673 | Edmore |
| 16868 | Carlisle |
| 18424 | Fielding |
| 20461 | Mccormick |
| 25097 | Andover |

(the "Comerica Bank Properties").

The total amount of Comerica Bank's claim is approximately $948,784.57, plus attorney fees, as allowed by the mortgages related to the Comerica Properties. Pursuant 11 U.S.C. § 506(a)(1), Comerica Bank's claim is a Secured Claim only to the extent of the value of Comerica Bank's interest in the Debtor's interest in the Comerica Bank Properties. The value of the Comerica Bank Properties is as follows:

| Address | Street | Value |
|---|---|---|
| 5581 | Marseilles | $ 17,000.00 |
| 5685 | Stahelin | $ 25,000.00 |
| 5707 | Stahelin | $ 28,000.00 |
| 5991 | Radnor | $ 15,000.00 |
| 6700 | Woodmont | $ 25,000.00 |
| 7434 | Clayburn | $ 15,000.00 |

| | | |
|---|---|---|
| 10200 | Harvard | $ 15,000.00 |
| 10595 | Lanark | $ 30,000.00 |
| 10716 | Peerless | $ 30,000.00 |
| 10870 | Marne | $ 15,000.00 |
| 10992 | Worden | $ 30,000.00 |
| 11670 | Nottingham | $ 25,000.00 |
| 11808 | Whitehill | $ 20,000.00 |
| 12059 | Rossiter | $ 12,000.00 |
| 12122 | Rossiter | $ 15,000.00 |
| 12161 | Whitehill | $ 15,000.00 |
| 15252 | Rossini | $ 10,000.00 |
| 15483 | Carlisle | $ 25,000.00 |
| 15669 | Novara | $   8,000.00 |
| 15827 | Lappin | $ 10,000.00 |
| 15827 | Rossini | $ 10,000.00 |
| 16032 | Eastburn | $ 15,000.00 |
| 16260 | Novara | $ 10,000.00 |
| 16673 | Edmore | $ 30,000.00 |
| 16868 | Carlisle | $ 25,000.00 |
| 18424 | Fielding | $ 13,000.00 |
| 20461 | Mccormick | $ 30,000.00 |
| 25097 | Andover | $ 45,000.00 |

The total value of the Comerica Bank Properties is $563,000.00.   As such,

the Class 5 Secured Claim of Comerica Bank is $563,000.00. In addition to its

Class 5 Secured Claim, Comerica Bank is entitled to a Secured Claim against

Debtor Timothy Bakeman in the amount of $385,784.57, plus attorney fees, as

allowed by the mortgages related to the Comerica Properties, which is included in

and will receive the treatment of Class 13 Secured Claim.

14

Commencing thirty (30) days after the Effective Date, the Class 5 Secured Claim of Comerica Bank shall receive monthly payments in principal and interest at the rate provided for in the original loan documents executed with Comerica, and which calls for a variable rate tied to the prime rate, and which is less than the Till rate. For purposes of the plan projections, the rate used was four and three quarters percent (4.75%) per annum. Comerica shall receive monthly payments in principal and interest at the applicable rate for five (5) years as follows, with any remaining amounts fully due and payable in full at the 60th month:

| Address | Street | Payment |
|---------|--------|---------|
| 5581 | Marseilles | $ 318.87 |
| 5685 | Stahelin | $ 468.92 |
| 5707 | Stahelin | $ 499.72 |
| 5991 | Radnor | $ 271.97 |
| 6700 | Woodmont | $ 468.92 |
| 7434 | Clayburn | $ 276.08 |
| 10200 | Harvard | $ 281.35 |
| 10595 | Lanark | $ 561.87 |
| 10716 | Peerless | $ 562.71 |
| 10870 | Marne | $ 281.35 |
| 10992 | Worden | $ 562.71 |
| 11670 | Nottingham | $ 468.92 |
| 11808 | Whitehill | $ 375.14 |
| 12059 | Rossiter | $ 225.08 |
| 12122 | Rossiter | $ 281.35 |
| 12161 | Whitehill | $ 280.58 |
| 15252 | Rossini | $ 187.57 |
| 15483 | Carlisle | $ 468.92 |
| 15669 | Novara | $ 150.06 |
| 15827 | Lappin | $ 187.57 |
| 15827 | Rossini | $ 183.19 |

| | | |
|---|---|---|
| 16032 | Eastburn | $ 279.85 |
| 16260 | Novara | $ 187.57 |
| 16673 | Edmore | $ 562.71 |
| 16868 | Carlisle | $ 464.90 |
| 18424 | Fielding | $ 242.92 |
| 20461 | Mccormick | $ 562.71 |
| 25097 | Andover | $ 844.06 |
| | TOTALS | $ 10,507.58 |

Debtor has the right, at any time and without prepayment or any other penalty, to pay off the principal balance of the Secured Claim owed to Comerica Bank in full. Comerica Bank, upon request from the Debtor, shall provide payoff information when requested and shall provide a discharge of all mortgages.

Comerica Bank will retain its lien against the Comerica Bank Properties until such time as its Class 5 Secured Claim is paid in full as required by 11 U.S.C. § 1129(b)(2)(A). Except to the extent modified herein, the provisions of the loan documents underlying the Secured Claim of Comerica Bank shall remain in effect and govern the relationship between the Debtors and Comerica Bank.

**Class 4 is impaired.**

E.5 <u>Secured Claim of DiTech:</u> Class 5 is comprised of the Secured Claim of DiTech. Debtor is the owner of following real properties located in the City of Detroit in which DiTech has a mortgage:

| Address | Street |
|---|---|
| 4634 | Bedford |
| 5250 | Buckingham |

16

| | |
|---|---|
| 5753 | Three Mi Dr |
| 5959 | Three Mi Dr |
| 19959 | Braile |

(the "DiTech Properties").   Absent entry of an earlier order, immediately upon the Confirmation Order becoming a Final Order the DiTech Properties will be surrendered to DiTech in full satisfaction of the Secured Claim of DiTech and will no longer be property of the Estate.

In addition to its Secured Claim, DiTech is entitled to an unsecured claim against Debtor Timothy Bakeman for any deficiency amounts which is included in and will receive the treatment of Class 18 Unsecured Claims.

**Class 5 is unimpaired.**

E.6 <u>Secured Claim of Fifth Third Bank:</u> Class 6 is comprised of the Secured Claim of Fifth Third Bank.   Debtor is the owner of following real properties located in the City of Detroit in which Fifth Third Bank has a mortgage:

| Address | Street |
|---|---|
| 14900 | Lindsay |
| 18276 | Appoline |
| 19435 | Moross |

(the "Fifth Third Bank Properties").   Absent entry of an earlier order, immediately upon the Confirmation Order becoming a Final Order the Fifth Third Bank

17

Properties will be surrendered to Fifth Third Bank in full satisfaction of the Secured Claim of Fifth Third Bank and will no longer be property of the Estate.

In addition to its Secured Claim, Fifth Third Bank is entitled to an unsecured claim against Debtor Timothy Bakeman for any deficiency amounts which is included in and will receive the treatment of Class 18 Unsecured Claims.

**Class 6 is unimpaired.**

E.7 <u>Secured Claim of Members First Credit Union:</u> Class 7 is comprised of the Secured Claim of Members First Credit Union. Debtor is the owner of following real properties located in the City of Detroit in which Members First Credit Union has a mortgage:

| Address | Street |
| --- | --- |
| 3620 | Three Mile Dr. |
| 4344 | Devonshire |
| 5761 | Brace |
| 6006 | Farmbrook |
| 6140 | Brace |
| 6229 | Greenview |
| 6303 | Grandmont |
| 6502 | Vaughn |
| 6716 | Plainview |
| 6840 | Faust |
| 7263 | Ashton |
| 7344 | Dolphin |
| 8092 | Piedmont |
| 8276 | Brace |
| 9244 | Devonshire |
| 9435 | Camley |
| 11344 | Stockwell |

18

| | |
|---|---|
| 15491 | Fairmount |
| 15603 | Novara |
| 15692 | Manning |
| 15865 | Novara |
| 16073 | Tacoma |
| 16220 | Liberal |
| 16261 | Tacoma |
| 16415 | Manning |
| 16663 | Eastburn |
| 17624 | Fielding |
| 18140 | Curtis |
| 18644 | Kelly |
| 18900 | Alcoy |
| 19916 | Burgess |

(the "Members First Credit Union Properties").   Absent entry of an earlier order, immediately upon the Confirmation Order becoming a Final Order the Members First Credit Union Properties will be surrendered to Members First Credit Union in full satisfaction of the Secured Claim of Members First Credit Union and will no longer be property of the Estate.

In addition to its Secured Claim, Members First Credit Union is entitled to an unsecured claim against Debtor Timothy Bakeman for any deficiency amounts which is included in and will receive the treatment of Class 18 Unsecured Claims.

**Class 7 is unimpaired.**

E.8 <u>Secured Claim of Nationstar Mortgage, LLC</u>: Class 8 is comprised of the Secured Claim of Nationstar Mortgage, LLC.   Debtor is the owner of

19

following real properties located in the City of Detroit in which Nationstar

Mortgage, LLC has a mortgage:

| Address | Street |
|---------|--------|
| 5525 | Haverhill |
| 5742 | Nottingham |
| 5992 | Courville |
| 6002 | Oldtown |
| 8506 | Westwood |
| 10724 | Bonita |
| 10791 | Roxbury |
| 12528 | Payton |
| 14551 | Prest |
| 15483 | Prest |
| 18277 | Murryhill |
| 19320 | Edinborough |

(the "Nationstar Mortgage, LLC Properties"). Absent entry of an earlier order,

immediately upon the Confirmation Order becoming a Final Order the Nationstar

Mortgage, LLC Properties will be surrendered to Nationstar Mortgage, LLC in full

satisfaction of the Secured Claim of Nationstar Mortgage, LLC and will no longer

be property of the Estate.

In addition to its Secured Claim, Nationstar Mortgage, LLC is entitled to an

unsecured claim against Debtor Timothy Bakeman for any deficiency amounts

which is included in and will receive the treatment of Class 18 Unsecured Claims.

**Class 8 is unimpaired.**

E.9 <u>Secured Claim of Ocwen:</u> Class 9 is comprised of the Secured Claim of Ocwen. Debtor is the owner of following real properties located in the City of Detroit in which Ocwen has a mortgage:

| Address | Street |
|---------|--------|
| 4826 | Berkshire |
| 5919 | Bluehill |
| 5981 | University |
| 6110 | University |
| 6321 | University |
| 9225 | Boleyn |
| 10107 | Lanark |
| 10996 | Rossiter |
| 11233 | Mckinney |
| 12527 | Whitehill |
| 12536 | Whitehill |
| 16444 | Manning |
| 16469 | Collingham |
| 19732 | Mccormick |

(the "Ocwen Properties"). Absent entry of an earlier order, immediately upon the Confirmation Order becoming a Final Order the Ocwen Properties will be surrendered to Ocwen in full satisfaction of the Secured Claim of Ocwen and will no longer be property of the Estate.

In addition to its Secured Claim, Ocwen is entitled to an unsecured claim against Debtor Timothy Bakeman for any deficiency amounts which is included in and will receive the treatment of Class 18 Unsecured Claims.

**Class 9 is unimpaired.**

21

E.10 <u>Secured Claim of Seterus:</u> Class 10 is comprised of the Secured Claim of Seterus.   Debtor is the owner of following real properties located in the City of Detroit in which Seterus has a mortgage:

| Address | Street |
|---------|--------|
| 8111 | Marygrove |
| 18261 | Monica |

(the "Seterus Properties").   Absent entry of an earlier order, immediately upon the Confirmation Order becoming a Final Order the Seterus Properties will be surrendered to Seterus in full satisfaction of the Secured Claim of Seterus and will no longer be property of the Estate.

In addition to its Secured Claim, Seterus is entitled to an unsecured claim against Debtor Timothy Bakeman for any deficiency amounts which is included in and will receive the treatment of Class 18 Unsecured Claims.

**Class 10 is unimpaired.**

E.11 <u>Secured Claim of City of Detroit Water Company:</u> Class11 is comprised of the Secured Claim of City of Detroit Water Company for water bills owed prior to the Petition Date.   Pursuant to Section F.2 of the Plan, the Debtors shall retain the following real properties located in the City of Detroit in which City of Detroit Water Company has a lien:

| Address | Street |
|---------|--------|
| 8490 | Ashton |

| | |
|---|---|
| 16868 | Carlisle |
| 7434 | Clayburn |
| 16032 | Eastburn |
| 18424 | Fielding |
| 10595 | Lanark |
| 5991 | Radnor |
| 15827 | Rossini |
| 5707 | Stahelin |
| 12161 | Whitehill |

(the "City of Detroit Water Company Properties").

The total amount of City of Detroit Water Company's claim is as follows:

| Address | Street | Water Bill |
|---|---|---|
| 8490 | Ashton | $ 103.36 |
| 16868 | Carlisle | $ 214.59 |
| 7434 | Clayburn | $ 281.08 |
| 16032 | Eastburn | $ 80.00 |
| 18424 | Fielding | $ 48.99 |
| 10595 | Lanark | $ 44.43 |
| 5991 | Radnor | $ 500.39 |
| 15827 | Rossini | $ 233.55 |
| 5707 | Stahelin | $ 1,357.99 |
| 12161 | Whitehill | $ 41.34 |

Commencing thirty (30) days after the Effective Date, the Class 11 Secured Claim of City of Detroit Water Company shall receive monthly payments in principal and interest at twelve percent (12%) per annum for five (5) years until paid in full as follows:

| Address | Street | Payment |
|---|---|---|
| 8490 | Ashton | $2.30 |
| 16868 | Carlisle | $4.77 |

23

| | | |
|---|---|---|
| 7434 | Clayburn | $6.25 |
| 16032 | Eastburn | $1.78 |
| 18424 | Fielding | $1.09 |
| 10595 | Lanark | $0.99 |
| 5991 | Radnor | $11.13 |
| 15827 | Rossini | $5.20 |
| 5707 | Stahelin | $30.21 |
| 12161 | Whitehill | $0.92 |
| | TOTAL | $64.64 |

Debtor has the right, at any time and without prepayment or any other penalty, to pay off the principal balance of the Secured Claim owed to City of Detroit Water Company in whole or on any particular property. City of Detroit Water Company, upon request from the Debtor, shall provide payoff information when requested as to any individual property and shall provide a discharge of any statutory lien paid off by Debtor, as well as reducing the principal balance of and accruing interest on, the entire secured claim by the remaining principal balance of the property paid off. Upon early satisfaction of any individual property, monthly payments shall be reduced by the amount attributable to the property indicated above, and Debtor will only be required to continue monthly payments in the amount of the remaining properties.

City of Detroit Water Company will retain its lien against the City of Detroit Water Company Properties until such time as its Class 12 Secured Claim is paid in full as required by 11 U.S.C. § 1129(b)(2)(A).

**Class 11 is impaired.**

E.12   Unsecured Claims Against the Debtor Villa Properties, LLC:

Class 12 consists of the Unsecured Claims against Debtor Villa Properties. The total amount of filed and scheduled Class 13 Unsecured Claims is approximately $13,984.16.   Thirty (30) days after the Effective Date, Class 13 Unsecured Claims against Debtor Villa Properties shall be paid in full by Debtor Timothy Bakeman.   Payment will be made from Debtor Timothy Bakeman's exempt assets.

**Class 12 is unimpaired.**

E.13. Secured Claim of Comerica Bank Against Timothy Bakeman:

Class 13 is comprised of the Secured Claim of Comerica Bank against Debtor Timothy Bakeman.   Timothy Bakeman is an obligor on the indebtedness secured by the Comerica Bank Properties. Timothy Bakeman's obligations to Comerica Bank are secured by a first priority perfected lien on a certain securities account held at Comerica (the "Securities Account"), which is owned as tenants by the entireties by Debtor Timothy Bakeman and his wife.

The total amount of Comerica's claim is approximately $948,784.57, plus attorney fees, as allowed by the mortgages related to the Comerica Properties. To the extent Comerica's claim is not satisfied by payments pursuant to the Class 4 Secured Claim, it will retain a Secured Claim against Debtor Timothy Bakeman in

the approximate amount of $385,784.57, plus attorney fees, as allowed by the mortgages related to the Comerica Properties. Upon the Effective Date, Debtor Timothy Bakeman will pay Comerica $385,784.57, plus attorney fees, as allowed by the mortgages related to the Comerica Properties. Comerica Bank will retain its lien against the Securities Account until such time as its Class 5 Secured Claim is paid in full. Except to the extent modified herein, the provisions of the loan documents underlying the Secured Claim of Comerica Bank shall remain in effect and govern the relationship between the Debtors and Comerica Bank.

**Class 13 is impaired.**

E.14 Secured Claim of Chase Bank Against Debtor Timothy Bakeman:

Class 14 is comprised of the Secured Claim of Chase Bank against Debtor Timothy Bakeman. Chase Bank's Secured Claim is secured by a first priority mortgage on Debtor's property located at 30320 Pondsview, Franklin Village, Michigan (the "Residential Property"). The value of the Residential Property is approximately $425,000.00. The Secured Claim of Chase Bank is approximately $399,991.12.

Pursuant to 11 U.S.C. § 1123(b)(5), Chase Bank's loan and mortgage remain unchanged and in full force and effect. Chase Bank will retain its lien against the Residential Property until such time as Chase Bank's Class 14 Secured Claim is paid in full as required by 11 U.S.C. § 1129(b)(2)(A). Debtor shall continue to

26

make monthly payments pursuant to the mortgage and note. Upon a default under the mortgage and note or this Plan, Chase Bank shall be granted relief from the automatic stay without further proceedings before the Court, if the case remains open, or if the case is closed, Chase Bank may exercise any and all rights it possesses pursuant to non-bankruptcy law.

**Class 14 is unimpaired.**

E.15 <u>Secured Claim of Comerica Bank as to Gordon Switch Property</u>:

Class15 is comprised of the Secured Claim of Comerica Bank secured by certain real property located at 22789 Gordon Switch, St. Clair Shores, Michigan (the "Gordon Switch Property"). The total amount of Comerica's claim regarding the Gordon Switch Property is approximately $316,007.00. Pursuant 11 U.S.C. § 506(a)(1), Comerica Bank's claim is a Secured Claim only to the extent of the value of Comerica Bank's interest in the Debtor's interest in the Gordon Switch Property. The value of the Gordon Switch Property is $530,000.00. As such, the Class 16 Secured Claim of Comerica Bank is fully secured.

Commencing thirty (30) days after the Effective Date, the Class 15 Secured Claim of Comerica Bank shall receive monthly payments in principal and interest at the rate provided for in the parties' prepetition agreement until paid in full.

Comerica Bank will retain its lien against the Gordon Switch Property until such time as its Class 15 Secured Claim is paid in full as required by 11 U.S.C. §

27

1129(b)(2)(A). Except to the extent modified herein, the provisions of the loan documents underlying the Secured Claim of Comerica Bank shall remain in effect and govern the relationship between the Debtor and Comerica Bank.

**Class 15 is unimpaired.**

E.16 <u>Secured Claim of Ford Motor Credit</u>: Class 16 is comprised of the Secured Claim of Ford Motor Credit. Ford Motor Credit's Secured Claim is secured by a first priority lien on a certain 2016 Ford Explorer. The total amount of Ford Motor Credit's claim is approximately $27,075.15.

Pursuant 11 U.S.C. § 506(a)(1), Ford Motor Credit's claim is a Secured Claim only to the extent of the value of Ford Motor Credit's interest in the Debtors' interest in the vehicle. The value of the vehicle is approximately $27,000.00. As such, the Class 16 Secured Claim of Ford Motor Credit is $27,000.00. The Class 17 Secured Claim of Ford Motor Credit shall be amortized over five (5) years at four percent (4.00%) interest. Commencing thirty (30) days after the Effective Date, the Class 16 Secured Claim of Ford Motor Credit shall receive sixty (60) monthly payments of $ 497.26 in principal and interest.

Ford Motor Credit will retain its lien against the vehicle until such time as its Class 16 Secured Claim is paid in full as required by 11 U.S.C. § 1129(b)(2)(A). Except to the extent modified herein, the provisions of the loan documents

underlying the Secured Claim of Ford Motor Credit shall remain in effect and govern the relationship between the Debtors and Ford Motor Credit.

**Class 16 is impaired.**

E.17 <u>Secured Claim of Lincoln AFS</u>: Class 17 is comprised of the Secured Claim of Lincoln AFS. Lincoln AFS's Secured Claim is secured by a first priority lien on a certain 2016 Lincoln MKC. The total amount of Lincoln AFS's claim is approximately $25,259.66.

Pursuant 11 U.S.C. § 506(a)(1), Lincoln AFS's claim is a Secured Claim only to the extent of the value of Lincoln AFS's interest in the Debtors' interest in the vehicle. The value of the vehicle is approximately $26,000.00. As such, the Class 17 Secured Claim of Lincoln AFS is $25,259.67. The Class 17 Secured Claim of Lincoln AFS shall be amortized over five (5) years at four percent (4.00%) interest. Commencing thirty (30) days after the Effective Date, the Class 17 Secured Claim of Lincoln AFS shall receive sixty (60) monthly payments of $465.20 in principal and interest.

Lincoln AFS will retain its lien against the vehicle until such time as its Class 17 Secured Claim is paid in full as required by 11 U.S.C. § 1129(b)(2)(A). Except to the extent modified herein, the provisions of the loan documents underlying the Secured Claim of Lincoln AFS shall remain in effect and govern the relationship between the Debtors and Lincoln AFS.

29

**Class 17 is unimpaired.**

E.18 <u>Unsecured Claims Against the Debtor Timothy Bakeman:</u> Class 18 consists of the Allowed General Unsecured Claims against the Debtor Timothy Bakeman, including but not limited to the estimated deficiency claims of the following secured creditors:

| Creditor | Est. Deficiency |
|----------|-----------------|
| BAC | $ 262,875.31 |
| Chase | $ 831,370.21 |
| CitiMortgage | $ 156,816.81 |
| Ditech | $ 203,011.25 |
| Fifth Third Bank | $ 119,713.25 |
| Member First | $ 862,315.01 |
| Nationstar | $ 468,751.78 |
| Ocwen | $ 762,901.61 |
| Seterus | $ 66,347.68 |
| TOTAL | $3,734,102.91 |

Total unsecured claims are approximately $ 3,770,000.00.   Commencing Thirty (30) days after the Effective Date, Debtor Timothy Bakeman shall make monthly payments in the amount of $650.00 to be distributed to the Allowed Unsecured Claims on a pro rata basis.   The Debtors shall make sixty (60) monthly payments.   Over the term of the Plan the total amount to be paid to Class 18 General Unsecured Claims will be $39,000.00.

**Class 18 is impaired.**

E.19 <u>Membership Interest:</u> Class 19 consists of equity interests in Debtor Villa Properties, LLC. The Debtor Villa has two equity holders – (1) Timothy Bakeman – 99%; and (2) Villa Properties Management, Inc. – 1%. Upon the Effective Date, the pre-petition equity in the Debtor Villa Properties, LLC shall be cancelled.   Upon the Effective Date of the Plan, one hundred percent (100%) of the equity in the Reorganized Debtor shall vest in Timothy Bakeman.

**Class 19 is impaired.**

**F.      Execution and Plan Implementation**

F.1      <u>Funding of Plan</u>: The Plan will be funded by:

          a.      Rental income from the lease of Retained Properties
          b.      Debtor Timothy Bakeman's net disposable income; and
          c.      Contributions from the exempt assets of Timothy Bakeman

F.2      <u>Retained Properties</u>: The Plan will be funded, in part, by the lease of the residential real properties retained by the Debtor Villa Properties, LLC. The Debtors extensively reviewed each of the remaining parcels to determine the value of the asset, the need for repairs, and whether the property will generate positive income to fund the Plan.   Based on that review, Debtors have retained and will continue to lease the following properties located in the City of Detroit:

31

| Address | Street |
|---------|--------|
| 25097 | Andover |
| 8490 | Ashton |
| 15483 | Carlisle |
| 16868 | Carlisle |
| 7434 | Clayburn |
| 16032 | Eastburn |
| 16673 | Edmore |
| 18424 | Fielding |
| 10200 | Harvard |
| 10595 | Lanark |
| 15827 | Lappin |
| 16001 | Maddelein |
| 10870 | Marne |
| 5581 | Marseilles |
| 20461 | Mccormick |
| 11670 | Nottingham |
| 15669 | Novara |
| 16260 | Novara |
| 10716 | Peerless |
| 5991 | Radnor |
| 11915 | Riad |
| 14989 | Rossini |
| 15252 | Rossini |
| 15827 | Rossini |
| 11761 | Rossiter |
| 12122 | Rossiter |
| 12059 | Rossiter |
| 5685 | Stahelin |
| 5707 | Stahelin |
| 11808 | Whitehill |
| 12161 | Whitehill |
| 6700 | Woodmont |
| 10992 | Worden |

F.3 <u>Abandonment of Property</u>: At the commencement of the case, Debtors owned approximately one hundred fifty-eight (158) parcels of real estate located in Detroit, Michigan, all of which are or have been in the past operated as residential rental properties. On February 7, 2018, the Court entered the Stipulated Order Authorizing Abandonment/Surrender of Property of the Estate [Docket No. 46], pursuant to which the following properties in the City of Detroit were abandoned:

| Address | Street |
|---|---|
| 7281 | Ashton |
| 7797 | Ashton |
| 8484 | Auburn |
| 9244 | Bedford |
| 7794 | Brace |
| 8458 | Brace |
| 8843 | Brace |
| 12715 | E.State Fair |
| 15656 | Eastburn |
| 15672 | Fairmount |
| 4120 | Haverhill |
| 4700 | Haverhill |
| 19598 | Joann |
| 8097 | Lauder |
| 9274 | Mckinney |
| 5108 | Neff |
| 15663 | Novara |
| 5200 | Somerset |
| 8311 | Stahelin |
| 12510 | Whitehill |
| 9212 | Woodhall |

On June 26, 2018, and following submission of a stipulation of the Debtor and the applicable lender, the Court entered Orders [Docket Nos. 175, 176, 177 and 178] pursuant to which the following additional properties in the City of Detroit were abandoned:

| Address | Street |
|--------:|--------|
| 4185 | Buckingham |
| 4318 | Berkshire |
| 6002 | Oldtown |
| 18277 | Murray Hill |

To the extent not abandoned by prior order of the Court, immediately upon the Confirmation Order becoming a Final Order the additional following properties in the City of Detroit will be surrender to the indicated secured creditor is full satisfaction of the Secured Claim of respective creditor:

| Address | Street | Lender |
|---------|--------|--------|
| 18900 | Alcoy | Member First |
| 18276 | Appoline | Fifth Third |
| 7263 | Ashton | Member First |
| 4667 | Balfour | Chase |
| 9849 | Balfour | Chase |
| 10270 | Beaconsfield | Chase |
| 10384 | Beaconsfield | Chase |

| | | |
|---|---|---|
| 3950 | Bedford | Chase |
| 4634 | Bedford | Ditech |
| 5943 | Bedford | Chase |
| 18411 | Beland | Chase |
| 4667 | Berkshire | Chase |
| 4826 | Berkshire | Ocwen Loan |
| 5919 | Bluehill | Ocwen Loan |
| 9225 | Boleyn | Ocwen Loan |
| 10724 | Bonita | Mr. Cooper |
| 8276 | Brace | Member First |
| 5761 | Brace | Member First |
| 6140 | Brace | Member First |
| 19959 | Braile | Ditech |
| 19488 | Braile | BAC |
| 10080 | Britain | Chase |
| 5250 | Buckingham | Ditech |
| 19916 | Burgess | Member First |
| 9435 | Camley | Member First |
| 16469 | Collingham | Ocwen Loan |
| 15887 | Coram | Chase |
| 5992 | Courville | Mr. Cooper |
| 9359 | Courville | Chase |
| 18140 | Curtis | Member First |
| 4344 | Devonshire | Member First |
| 9244 | Devonshire | Member First |
| 7344 | Dolphin | Member First |
| 11700 | Duchess | Citimortgage |
| 16663 | Eastburn | Member First |
| 19320 | Edinborough | Mr. Cooper |
| 15491 | Fairmount | Member First |
| 5290 | Farmbrook | BAC |
| 6006 | Farmbrook | Member First |
| 6840 | Faust | Member First |
| 17624 | Fielding | Member First |
| 12716 | Grandmont | Chase |
| 6303 | Grandmont | Member First |
| 6229 | Greenview | Member First |

| | | |
|---|---|---|
| 16523 | Hartwell | Chase |
| 5525 | Haverhill | Mr. Cooper |
| 18644 | Kelly | Member First |
| 19974 | Kingsville | Chase |
| 11691 | Laing | Chase |
| 11914 | Laing | BAC |
| 10107 | Lanark | Ocwen Loan |
| 15634 | Liberal | Chase |
| 16220 | Liberal | Member First |
| 14900 | Lindsay | Fifth Third |
| 15683 | Maddelein | Chase |
| 15692 | Manning | Member First |
| 16415 | Manning | Member First |
| 16444 | Manning | Ocwen Loan |
| 8111 | Marygrove | Seterus |
| 5700 | Marseilles | BAC |
| 19732 | Mccormick | Ocwen Loan |
| 11233 | Mckinney | Ocwen Loan |
| 18261 | Monica | Seterus |
| 19435 | Moross | Fifth Third Bank |
| 5742 | Nottingham | Mr. Cooper |
| 15603 | Novara | Member First |
| 15865 | Novara | Member First |
| 12528 | Payton | Mr. Cooper |
| 7271 | Piedmont | Chase |
| 8092 | Piedmont | Member First |
| 6716 | Plainview | Member First |
| 19450 | Prairie | Chase |
| 14551 | Prest | Mr. Cooper |
| 15483 | Prest | Mr. Cooper |
| 20100 | Prevost | Chase |
| 11881 | Riad | Citimortgage |
| 10996 | Rossiter | Ocwen Loan |
| 10741 | Roxbury | Chase |
| 10791 | Roxbury | Mr. Cooper |
| 7744 | Stahelin | Citimortgage |
| 7788 | Stahelin | Chase |
| 19403 | Stahelin | Chase |

| | | |
|---|---|---|
| 11368 | Stockwell | Chase |
| 11344 | Stockwell | Member First |
| 16073 | Tacoma | Member First |
| 16261 | Tacoma | Member First |
| 5753 | Three Mi Dr | Ditech |
| 5959 | Three Mi Dr | Ditech |
| 3620 | Three Mile Dr | Member First |
| 20614 | Tireman | BAC |
| 5981 | University | Ocwen Loan |
| 6110 | University | Ocwen Loan |
| 6321 | University | Ocwen Loan |
| 6502 | Vaughn | Member First |
| 11494 | Wayburn | Chase |
| 8067 | Westwood | Chase |
| 8506 | Westwood | Mr. Cooper |
| 12536 | Whitehill | Ocwen Loan |
| 12527 | Whitehill | Ocwen Loan |
| 18988 | Woodbine | Chase |

F.3     Pre-payment: The Reorganized Debtors may, but shall not be obligated to, pre-pay any of the claims at any time in its sole, absolute and unfettered discretion. If the Reorganized Debtors elect to pre-pay any obligation, they shall not incur any pre-payment penalty, and any such pre-payment penalty contained in any pre-petition contract, agreement or document shall not apply.

F.4     Professional Fees: Any services performed or expenses incurred by any professional on behalf of the Debtors or the Reorganized Debtors with respect to this Case after the Confirmation Date, shall not be subject to the prior review and approval of the Bankruptcy Court and, notwithstanding any provision of the Bankruptcy Code or Rules, including, without limitation, Fed. R. Bankr. P. 2016,

37

after the Confirmation Date, no professional shall be required to disclose payments from the Debtors or the Reorganized Debtors to the Bankruptcy Court or the United States Trustee. All fees and expenses arising after the Confirmation Date shall be billed directly to the Reorganized Debtors and the Bankruptcy Court shall only review that portion to which the Reorganized Debtors object. The Reorganized Debtors shall pay the portion not objected to in accordance with the terms of the invoice.

F.5 <u>Change of Address</u>: In order to ensure that it receives its distribution, each Creditor holding a Claim treated under any Class must advise the Reorganized Debtors of any change in address. Absent any such notification, the Reorganized Debtors will send payments to the addresses listed on the Matrix on file with the Bankruptcy Court. If the Reorganized Debtors do not receive notice of any change of address, it shall be under no obligation to pay the amounts due under the Plan.

F.6 <u>Released and Retained Claims and Causes of Action</u>: If this Plan of Reorganization is accepted by all impaired Classes of Creditors, then all causes of action which the Debtors could initiate under §§ 547 through 553 of the Bankruptcy Code are hereby expressly waived and released, except for any action to avoid a lien for any reason, which right is specifically retained by the Debtors. Debtors will seek confirmation on a cramdown basis under § 1129(b), if necessary.

38

## G.    **Effect of Confirmation**

G.1    <u>Discharge</u>: The confirmation of this Plan shall, and hereby does, act to discharge and release the Claims of all Creditors against the Debtor Villa Properties, LLC, which shall constitute a full, total and complete settlement with said Creditors. Confirmation shall also act as a merger and relinquishment of any and all Claims that Creditors have or may have against the Debtor Villa Properties, LLC as provided in the treatment of the Creditors in Section E and shall operate as a full satisfaction of such Claims.

The confirmation of this Plan will not act to discharge and release the Claims of all Creditors against the Debtor Timothy Bakeman. In the case of an individual debtor such as Debtor Timothy Bakeman, 11 U.S.C. § 1141(d)(5)(A) states that "unless after notice and a hearing the court orders otherwise for cause, confirmation of the plan does not discharge any debt provided for in the plan until the court grants a discharge on completion of all payments under the plan."

G.2    <u>Injunction</u>: On and after the Confirmation Date, all Creditors and persons acting in concert with them are enjoined and restrained, pursuant to § 105 of the Code, directly or indirectly, from levying, seizing, executing or otherwise exercising control over or interfering with any asset of the Debtors in a manner inconsistent with the terms of this Plan, for the purpose of paying or enforcing any claim against Debtors. This Court retains jurisdiction to enter such supplemental

39

injunctive and enforcement orders as may be necessary or appropriate to protect assets of the Debtors from treatment in a manner inconsistent with this Plan.

G.3    Title of Assets: Except as otherwise provided in the Plan, on the Confirmation Date, title to all assets and properties of the estate of the Debtors shall vest in the Debtors in accordance with § 1141 of the Bankruptcy Code, free and clear of all Claims of Creditors and holders of Interests.

## H.    **Executory Contracts**

H.1 Assumption of Executory Contracts: The executory contracts and unexpired leases for each of the Retained Properties shall be deemed assumed by the Debtors on the Confirmation Date and effective as of the Effective Date.

H.2 Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 1994-1: Debtor is a party to an executory land contract for the purchase of certain real property located at 14989 Rossini, Detroit, Michigan. Debtor is current in all obligations under the executory land contract and shall assume the executory land contract.

H.3 Rejection of Executory Contracts: Except for the executory contracts and unexpired leases expressly assumed by the Plan, all other executory contracts and unexpired leases shall be deemed rejected.

## I. **Retention of Jurisdiction**

I.1   <u>The Court shall retain jurisdiction for the following purposes</u>:

a.   The classification of the Claim of any Creditor and the re-examination of Claims which have been allowed for purposes of voting, and the determination of such objections as may be filed to Claims of Creditors. The failure by the Debtors or the Reorganized Debtors to object to, or to examine any Claim for the purposes of voting, shall not be deemed to be a waiver of any right to object to, or reexamine the Claim in whole or in part.

b.   The determination of all questions and disputes regarding title to the assets of the estate, and all causes of action, controversies, disputes, or conflicts, whether or not subject to action pending as of the Confirmation Date, between the Debtors or the Reorganized Debtors or any other party.   This shall include, but not be limited to, any cause of action, avoiding power or right of the Debtors or the Reorganized Debtors to recover assets pursuant to the provisions of the Bankruptcy Code, including, without limitation, Avoidance Actions and claims initiated under §§ 506 and 510 of the Bankruptcy Code.

c.   The correction of any defect, the curing of any omission or the reconciliation of any inconsistency in this Plan or the Order of Confirmation as may be necessary to carry out the purpose and intent of this Plan.

41

d.     The modification of this Plan after Confirmation pursuant to the Bankruptcy Rules and the Bankruptcy Code and as provided in the Plan.

e.     The enforcement and interpretation of the terms and conditions of this Plan and the entry of orders in support of Confirmation of this Plan.

f.     The entry of any order, including injunctions, necessary to enforce the title, rights, and powers of Debtors, the Reorganized Debtors or any party-in-interest, and to impose such limitations, restrictions, terms and conditions of such title, rights and powers as this Court may deem proper, including without limitation, injunctions to enforce releases which would assist the Reorganized Debtors to accomplish their obligations under the Plan.

g.     The review and approval of all professional fee applications for services rendered prior to the Confirmation Date and the review of any professional fees for services.

I.2     If the Court abstains from exercising or declines to exercise jurisdiction or it is otherwise without jurisdiction over any matter arising in, arising under, or related to the Case, including the matters set forth herein, or if the Debtors elect to bring an action in any other forum, Section I shall have no effect upon and shall not control, prohibit or limit the exercise or jurisdiction by any other court having jurisdiction with respect to such matter.

**J.** **Contested Claims and Contested Equity Interests and Retained-Claims**

J.1    Objections to Claims to be Filed after Confirmation Date: Within Sixty (60) days after the Confirmation Date, objections to Claims, including but not limited to Administrative Claims, Priority Claims, and Unsecured Claims, and any suit to subordinate any such Claim or Interest may be filed only by the Debtors.   Such objections and suits shall be served upon each holder of each of the Claims and Interests to which objections are to be made, as soon as practicable after filing with the Court.

J.2    Payment upon Resolution of Contested Claims: Except as may otherwise be agreed with respect to any contested Claims, no payments or distributions shall be made with respect to all or any portion of a contested Claim unless and until all objections to such contested Claim have been determined by a Final Order.   Payments and distributions to each holder of a contested Claim, to the extent that it ultimately becomes an Allowed Claim, shall be made in accordance with the provisions of the Plan with respect to the class of creditors to which the holder of such an Allowed Claim shall be made as soon as practicable after the date that the order or judgment of the Court allowing such claim is a Final Order.

### K. Amendments

K.1     Modifications and Amendments: The Debtors reserve the right to propose amendments or modifications to the Plan at any time prior to the Confirmation Date in accordance with § 1127 of the Code, with such notice as the Court may direct and to modify the treatment of any Allowed Claim or Allowed Interest at any time after the Confirmation Date, upon the consent of the Creditor or Interest holder whose Allowed Claim's or Allowed Interest's treatment is being modified. After the Confirmation Date, the Debtors may, with Court approval, in a manner which does not materially or adversely affect the rights of Creditors and other parties in interest, remedy any defect or omission or reconcile any inconsistencies in the Plan or in the Confirmation Order, in such matter as it deems necessary to carry out the purpose and intent of the Plan.

### L. Miscellaneous Provisions

L.1     Authorization by Claimants: Each and every Claimant who elects to participate in the distributions provided for herein warrants that the Claimant is authorized to accept, in consideration of its Claim against Debtors, the distributions provided for in this Plan, and that there are no outstanding commitments, agreements or understandings, expressed or implied, that may or can in anyway defeat or modify the rights conveyed, or obligations undertaken by such Claimant under this Plan.

L.2    Entire Agreement: This Plan and the Confirmation Order, and annexes and exhibits thereto and agreements referenced herein to be executed in connection herewith, sets forth the entire agreement and understanding among the parties hereto relating to the subject matter hereof and supersedes all prior discussions and documents.

L.3    Payments or Distribution Dates: Whenever any payments or distributions to be made under this Plan shall be due on a day other than a business day, such payment or distribution shall, instead, be made without interest on the next business day thereafter.

L.4    Contested Claims: Notwithstanding anything in this Plan to the contrary, the Debtors shall not be obligated to make any payments for any Allowed Claims to any Creditor who holds a Contested Claim. Further, the Debtors shall not be required to make any payments for an Allowed Claim to any Creditor if the Debtors have filed a motion, objection, adversary proceeding or other similar notice against such Creditor alleging an objection, claim, cause of action, offset or counter-claim, such that if sustained and not paid by such Creditor would result in a disallowance of such Allowed Claim in accordance with §502(d) of the Code. Debtors reserve the right to object to any claim.

L.5    Execution of Documents Necessary for Confirmation:    The Debtors and all parties in interest, including without limitation any Creditor, shall be

45

required to execute any document reasonably requested by the other to memorialize the terms and conditions of this Plan. This shall include without limitation any execution by the Debtors of UCC financing statements and the execution by Creditors of any termination of same.

L.6 <u>Binding Nature of Plan</u>: This Plan and the Confirmation Order shall enure to the benefit of, and be binding upon, all parties in interest and their respective successors and assigns.

## II. **Description of Debtor**

### A. **Debtor:**

Debtor Villa Properties, LLC is Michigan Limited Liability Company. Debtor Timothy Bakeman is an individual and 99% member of Debtor Villa Properties, LLC. On January 16, 2018, the Court entered the Order Directing Joint Administration of the Debtors' Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b). Upon Confirmation the joint estate in the present case will include one hundred twenty (120) parcels of real estate located in Detroit, all of which are or have been in the past operated as residential rental properties. The Debtors' business is the ownership, management and rental of these properties, which consist of apartment buildings, single and multiple family dwellings.

## B.     The Debtor's Principal

Debtor Timothy Bakeman is the 99% member of Villa Properties, LLC.

Debtor Timothy Bakeman is also the president and managing member of Debtor

Villa Properties, LLC.

    B.1   Background: Mr. Bakeman has been involved in the ownership,

management and rental of real properties in Detroit, Michigan for approximately

thirty years.   Mr. Bakeman hold a Bachelor of Science degree from Wayne State

University, obtained in 1976, with a major in accounting.   Mr. Bakeman passed

the CPA exam the same year he earned his degree and proceeded to work at

various CPA forms and in private industry until 1985, when he began his career as

a self-employed investor in real estate and other investments, at the same time

performing accounting services on a part-time basis.   In 1997, Mr. Bakeman

formed Villa Properties, LLC, and has operated that entity through the present

date.   As the principal of Villa, Mr. Bakeman performs all of the day-to-day

management of the company, which operates a 130 property portfolio of single-

family residential properties mostly located in the City of Detroit and primarily

renting to Section 8 low-income tenants.

    B.2   Compensation, etc.:   Currently, Timothy Bakeman receives a

monthly compensation in the amount of $10,000 from non-debtor Villa

Development.   The Plan projections contemplate that Mr. Bakeman's salary will

remain the same throughout the Plan term. In addition to his salary, Mr. Bakeman

receives health insurance coverage for himself and his spouse, as well as

reimbursement for his vehicle from the non-debtor Villa Development.

### C. **Debtors' Business and Cause for Chapter 11 Filing**.

Debtors purchased, refurbished, managed and leased residential real

properties in the City of Detroit. Rather than lease sub-par properties, Debtors

conduct a thorough rehabilitation of the properties. Where needed, new windows,

new doors including security doors, new kitchens, new bathrooms, new furnaces,

new hot water heaters, updated electrical systems and new roofs are installed. In

addition to making the properties livable, the refurbishing also makes the

properties more energy efficient. This refurbishing, while necessary, costs a

tremendous amount of money. However, the Debtors are truly dedicated to

providing safe and sanitary housing for people in the Detroit area. Absent the

Debtors' efforts the Detroit area would otherwise have more and more vacant

houses every day.

With the collapse of the real estate market in Detroit, the cost of

rehabilitating and maintaining the properties far outweighed the rental

payments. The majority of Debtors' properties are HUD subsidized and HUD has

continued to cut the payment standard over the last several years. Property values

in the City of Detroit, while recovering from the lows of the real estate crash, have

not fully rebounded.   As a result, Debtors were left with many unproductive and underproductive properties. Servicing the debt and the extensive property taxes on the properties has overly burdened the Debtors' resources and precipitated the bankruptcy.

## III.   **Post-Petition Events of Significance**

**A.   Transfers Outside the Ordinary Course of Business**: There have been no transfers outside the ordinary course of business.

**B.   Post-Petition Financing/Cash Collateral**:

B.1 <u>Cash Collateral</u>: Debtors did not seek the use of cash collateral, or any post-petition financing.

B.2 <u>Adequate Protection Orders</u>:

Docket No. 118 - March 2, 2018 – Comerica Bank – $1,233.72

Docket No. 136 – March 21, 2018 – JPMorgan Chase Bank - $2,609.59

Docket No. 141 – March 27, 2018 – Member First Mortgage, LLC - $277.52

Docket No. 145 – April 5, 2018 – Comerica Bank - $9,956.96

**C.   Litigation**:

No adversary proceedings have been filed

**D.   Abandonment of Property**:   On February 7, 2018, the Court entered the Stipulated Order Authorizing Abandonment/Surrender of Property of the Estate [Docket No. 46], pursuant to which twenty-one properties in the City of Detroit

were abandoned.   On June 26, 2018, additional orders were entered surrendering four (4) more properties (Docket Nos. 175, 176, 177, and 178).

### IV.   Assets and Liabilities

A.   Liquidation Analysis: A liquidation analysis is attached as Exhibit A.

B.   Assumptions, Etc.:   Debtors' valuation of its interest in real property is based on Broker's Price Opinions of Paul Willis, Timothy Bakeman's extensive experience and understanding of the current market for similar properties in southwestern Detroit, Michigan.

C.   Claims and Causes of Action:   Debtors do not have any claims or causes of action.

D.   Priority Claims: The following priority claims are owed:

(1)   **Steinberg Shapiro & Clark –** Steinberg Shapiro & Clark is entitled to a priority claim pursuant to 11 U.S.C. § 503(b) for fees and expenses incurred as counsel to the Debtors.   After application of the retainer and approval of its First Interim Application for Fees and Expenses, Steinberg Shapiro &Clark is owed the approximate amount of $ 38,000.00.

E.   Unsecured Claims Against Debtor Villa Properties, LLC:

The deadline to file claims was May 1, 2018.   The total filed and scheduled non-priority unsecured claims against Villa Properties, LLC are $13,984.16.

50

F. <u>Unsecured Claims Against Debtor Timothy Bakeman</u>:

The deadline to file claims was May 1, 2018. The secured claims against Debtor Timothy Bakeman are principally the unsecured deficiency amounts owed the following Secured Creditors:

| Creditor | Est. Deficiency |
|---|---|
| BAC | $ 262,875.31 |
| Chase | $ 831,370.21 |
| CitiMortgage | $ 156,816.81 |
| Ditech | $ 203,011.25 |
| Fifth Third Bank | $ 119,713.25 |
| Member First | $ 862,315.01 |
| Nationstar | $ 468,751.78 |
| Ocwen | $ 762,901.61 |
| Seterus | $ 66,347.68 |
| TOTAL | $3,734,102.91 |

Debtor, Timothy Bakeman's estimated the total unsecured claims are approximately $3,770,000.00

G. <u>Guaranties/Co-Debtors</u>:

Susan Green, Debtor Timothy Bakeman's wife, is on the Comerica secured loan for the brokerage account and that is the only non-debtor, co-debtor.

51

V. **Plan Implementation**

The Plan will be funded by the lease of the residential real properties

retained by the Debtors.

A.    Projections:    The projections for funding the Plan are attached as

Exhibit B.    The projections are based on the historical rental income and expenses

for the Retained Properties.    In addition, the following assumptions were made:

a.    Rents and, therefore, rental income will be remain constant
throughout the term of the Plan.    Given the type of property
being rented by the Debtors, and the fact that the vast majority
of Debtors' properties are rented through various government
programs, the Debtors do not believe a rent increase could be
imposed without a significant adverse impact of occupancy
rate.

b.    Utilities expenses will increase three percent (3.0%) every year
to account for any increase from utility companies and the City
of Detroit for water.

c.    Liability insurance is increased yearly three and one-half percent
(3.0%) to account for inflation.

d.    All expenses are increased yearly three percent (3.0%) to
account for inflation.

B.    Financial Performance Post-Petition to Date: The Profit and Loss

Statements for Post-Petition periods of January, February, March, April, and May

2018 are attached as Exhibit C.

C.    Historical Financial Performance:    Prior to the formulation of the

Plan, Debtors did not keep their financial information in the same line-itemization

52

format as the projections contained in Exhibit B. The rents received, and expenses associated with the Properties are disclosed in the "Form 8825– Rental Real Estate Income and Expense of a Partnership to an S Corporation" to Debtor Villa Properties, LLC's Federal Income Tax Return. The Form 8825 for 2014, 2015 and 2016 are attached as Exhibit D.

## VI. **Legal Requirements**

### A. *Voting procedures*

*Under the Bankruptcy Code, the only classes that are entitled to vote to accept or reject a plan are classes of claims, or equity interest, that are impaired under the plan. Accordingly, classes of claims or interests that are not impaired are not entitled to vote on the plan.*

*Creditors that hold claims in more than one impaired class are entitled to vote separately in each class. Such a creditor will receive a separate ballot for all of its claims in each class (in accordance with the records of the Clerk of the Court) and should complete and sign each ballot separately. A creditor who asserts a claim in more than one class and who has not been provided with sufficient ballots may photocopy the ballot received and file multiple ballots.*

*Votes on the plan will be counted only with respect to claims: (a) that are listed on the Debtor's Schedules of Assets and Liabilities other than as disputed, contingent or unliquidated; or (b) for which a proof of claim was filed on or before*

the bar date set by the Court for the filing of proofs of claim (except for certain claims expressly excluded from that bar date or which are allowed by Court order). However, any vote by a holder of a claim will not be counted if such claim has been disallowed or is the subject of an unresolved objection, absent an order of the Court allowing such claim for voting purposes pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3018.

Voting on the plan by each holder of a claim or interest in an impaired class is important. After carefully reviewing the plan and disclosure statement, each holder of such a claim or interest should vote on the enclosed ballot either to accept or to reject the plan, and then return the ballot by mail to the debtor's attorney by the deadline previously established by the court.

Any ballot that does not appropriately indicate acceptance or rejection of the plan will not be counted.

A ballot that is not received by the deadline will not be counted.

If a ballot is damaged, lost, or missing, a replacement ballot may be obtained by sending a written request to the debtor's attorney.

B.    _Acceptance_

The Bankruptcy Code defines acceptance of a plan by an impaired class of claims as acceptance by the holders of at least two-thirds in dollar amount, and more than one-half in number, of the claims of that class which actually cast

ballots. The Bankruptcy Code defines acceptance of a plan by an impaired class of equity interests as acceptance by holders of at least two-thirds in number of the equity interests of that class that actually cast ballots. If no creditor or interest holder in an impaired class votes, then that class has not accepted the plan.

C.    *Confirmation*

11 U.S.C. § 1129(a) establishes conditions for the confirmation of a plan. These conditions are too numerous and detailed to be fully explained here. Parties are encouraged to seek independent legal counsel to answer any questions concerning the Chapter 11 process.

Among the several conditions for confirmation of a plan under 11 U.S.C. § 1129(a) are these:

1. Each class of impaired creditors and interest must accept the plan, as described in paragraph VI.B., above.

2. Either each holder of a claim or interest in a class must accept the plan, or the plan must provide at least as much value as would be received upon liquidation under Chapter 7 of the Bankruptcy Code.

D.    *Modification*

The debtor reserves the right to modify or withdraw the plan at any time before confirmation.

55

E.    _Effect of confirmation_

If the plan is confirmed by the Court:

1. Its terms are binding on the debtor, all creditors, shareholders and other parties in interest, regardless of whether they have accepted the plan.

2. Except as provided in the plan and in 11 U.S.C. § 1141(d):

(a) In the case of a corporation or a limited liability company that is reorganizing and continuing business:

(1) All claims and interests will be discharged.

(2) Creditors and shareholders will be prohibited from asserting their claims against or interest in the debtor or its assets.

(b)   In the case of an individual or husband and wife:

(1) Claims will be discharged, except as provided in 11 U.S.C. §§ 523 and 1141(d)(5).

(2) Creditors will be prohibited from asserting their claims except as to those debts which are not discharged or dischargeable under 11 U.S.C. §§ 523 and 1141(d)(5).

See Part II of this Disclosure Statement to determine which of the above paragraphs applies in this case.

Villa Properties, LLC

Dated: July 27, 2018

/s/ Timothy Bakeman
Timothy Bakeman
President and Managing Member

/s/ Timothy Bakeman
Timothy Bakeman
Individually

STEINBERG SHAPIRO & CLARK

/s/ Mark H. Shapiro (P43134)
Attorney for Debtors
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

VILLA PROPERTIES, LLC[1],

    Debtor.

_____)

Chapter 11
Case No. 18-40003-MBM
Honorable Marci B. McIvor
(Jointly Administered)


## Exhibit List

| Exhibit | Description |
| --- | --- |
| A | Liquidation Analysis |
| B | Plan Projections |
| C | Post-Petition Monthly Profit and Loss Statements |
| D | 2014, 2015, and 2016 Form 8825 to Federal Income Tax Return |

---

[1] The Debtors in these jointly administered proceedings are: Villa Properties, LLC and Timothy Bakeman, Case No. 18-40004-MBM.

EXHIBIIT A
LIQUIDATION ANALYSIS
TIMOTHY BAKEMAN

| Description | Value | Secured Amount | Exemption | Non-Exempt Equity |
|---|---|---|---|---|
| 30320 Pondsview Franklin Village MI | $ 425,000.00 | $ 399,991.12 | 100% | $ - |
| 648 East Street Northville MI | $ 240,000.00 | $ - | 100% | $ - |
| 22789 Gordon Switch Saint Clair Shores MI | $ 530,000.00 | $ 316,007.00 | 100% | $ - |
| 650 East Street Northville MI | $ 260,000.00 | $ - | 100% | $ - |
| 2016 Ford Explorer | $ 27,000.00 | $ 27,075.15 | $ - | $ - |
| 2016 Lincoln MKC | $ 26,000.00 | $ 25,259.66 | $ 740.34 | $ - |
| Furniture and furnishings located in residence on 648 East Street in Northville | $ 3,000.00 | $ - | $ 3,000.00 | $ - |
| Televisions, cellphone and personal computers | $ 2,000.00 | $ - | $ 825.00 | $1,175.00 |
| Old shotgun | $ 50.00 | $ - | $ 50.00 | $ - |
| Debtor's clothing | $ 300.00 | $ - | $ 300.00 | $ - |
| Wedding ring | $ 100.00 | $ - | $ - | $ 100.00 |
| Cash on Debtor at time of filing | $ 100.00 | $ - | $ - | $ 100.00 |
| Huntington Bank Checking Account | $ 6.00 | $ - | $ - | $ 6.00 |
| Ameritrade tenancy by the entireties brokerage | $ 206,796.23 | $ - | 100% | $ - |
| Ameritrade tenancy by the entireties brokerage | $ 3,961,246.91 | $ - | 100% | $ - |
| Comerica Securities tenancy by the Entireties brokerage account ending 2326 | $ 3,645,032.03 | $ 975,887.23 | 100% | $ - |
| 99% membership interest in Villa Properties, | $ - | $ - | $ - | $ - |
| 100% shareholder interest in Villa Development Corporation, a disregarded entity. | $ - | $ - | $ - | $ - |
| TD Ameritrade Roth IRA | $ 103,330.07 | $ - | 100% | $ - |
| Ameritrade Villa Development Corporation Individual Retirement 401(k)  Plan | $ 342,342.98 | $ - | 100% | $ - |
| TD Ameritrade Villa Development  Corp. | $ 1,004,929.77 | $ - | 100% | $ - |
| Timothy Bakeman Revocable Living Trust.  Trust is a living trust, has no property, and has never | $ - | $ - | $ - | $ - |
| Term Essential Life insurance policy through Prudential Insurance Company.  $1,000,000 | $ 1.00 | $ - | $ - | $ - |
| | TOTAL NON-EXEMPT EQUITY | | | $1,381.00 |

LIQUIDATION DISTRIBUITION

| TOTAL EQUITY | $ 1,381.00 |
|---|---|
| **Priority Claims** | |
| Steinberg Shapiro & Clark | $ 19,000.00 |
| TOTAL PRIORITY CLAIMS | $ 19,000.00 |
| Funds For Distribution | $ - |
| TOTAL UNSECURED CLAIMS | $ 3,770,000.00 |
| Percent Distr. on Liquidation | 0% |

REAL PROPERTY

| Address | Street | Property Value | Secured Creditor | Loan Balance | Equity |
|---|---|---|---|---|---|
| 18900 | Alcoy | $ 10,000.00 | Member First | $ 42,088.75 | $ - |
| 25097 | Andover | $ 45,000.00 | Comerica | $ 948,784.57 | $ - |
| 18276 | Appoline | $ 40,000.00 | Fifth Third Bank | $ 84,543.91 | $ - |
| 8490 | Ashton | $ 10,000.00 | | | $ 10,000.00 |
| 7263 | Ashton | $ 15,000.00 | Member First | $ 18,000.00 | $ - |
| 4667 | Balfour | $ 10,000.00 | Chase | $ 43,486.68 | $ - |
| 9849 | Balfour | $ 20,000.00 | Chase | $ 52,752.36 | $ - |
| 10270 | Beaconsfield | $ 20,000.00 | Chase | $ 34,765.06 | $ - |
| 10384 | Beaconsfield | $ 15,000.00 | Chase | $ 37,138.34 | $ - |
| 3950 | Bedford | $ 20,000.00 | Chase | $ 52,394.50 | $ - |
| 4634 | Bedford | $ 20,000.00 | Ditech | $ 72,954.74 | $ - |
| 5943 | Bedford | $ 20,000.00 | Chase | $ 56,181.18 | $ - |
| 18411 | Beland | $ 15,000.00 | Chase | $ 38,396.98 | $ - |
| 4318 | Berkshire | $ 5,000.00 | Citimortgage | $ 48,215.11 | $ - |
| 4667 | Berkshire | $ 15,000.00 | Chase | $ 34,322.33 | $ - |
| 4826 | Berkshire | $ 15,000.00 | Ocwen Loan | $ 62,840.43 | $ - |
| 5919 | Bluehill | $ 25,000.00 | Ocwen Loan | $ 87,977.10 | $ - |
| 9225 | Boleyn | $ 15,000.00 | Ocwen Loan | $ 86,591.28 | $ - |
| 10724 | Bonita | $ 15,000.00 | Mr. Cooper | $ 56,364.99 | $ - |
| 8276 | Brace | $ 5,000.00 | Member First | $ 44,701.35 | $ - |
| 5761 | Brace | $ 25,000.00 | Member First | $ 55,809.37 | $ - |
| 6140 | Brace | $ 25,000.00 | Member First | $ 45,224.09 | $ - |
| 19959 | Braile | $ 25,000.00 | Ditech | $ 60,842.00 | $ - |
| 19488 | Braile | $ 20,000.00 | BAC | $ 69,777.52 | $ - |
| 10080 | Britain | $ 10,000.00 | Chase | $ 57,841.44 | $ - |
| 4185 | Buckingham | $ 15,000.00 | Citimortgage | $ 41,109.90 | $ - |
| 5250 | Buckingham | $ 15,000.00 | Ditech | $ 73,325.00 | $ - |
| 19916 | Burgess | $ 25,000.00 | Member First | $ 52,087.50 | $ - |
| 9435 | Camley | $ 20,000.00 | Member First | $ 36,790.98 | $ - |
| 15483 | Carlisle | $ 25,000.00 | Comerica | $ 948,784.57 | $ - |
| 16868 | Carlisle | $ 25,000.00 | Comerica | $ 948,784.57 | $ - |
| 7434 | Clayburn | $ 15,000.00 | Comerica | $ 948,784.57 | $ - |
| 16469 | Collingham | $ 25,000.00 | Ocwen Loan | $ 66,027.71 | $ - |
| 15887 | Coram | $ 10,000.00 | Chase | $ 51,414.67 | $ - |
| 5992 | Courville | $ 20,000.00 | Mr. Cooper | $ 57,956.12 | $ - |
| 9359 | Courville | $ 8,000.00 | Chase | $ 57,706.19 | $ - |
| 18140 | Curtis | $ 35,000.00 | Member First | $ 56,640.12 | $ - |
| 4344 | Devonshire | $ 15,000.00 | Member First | $ 42,225.06 | $ - |
| 9244 | Devonshire | $ 10,000.00 | Member First | $ 43,646.04 | $ - |
| 7344 | Dolphin | $ 15,000.00 | Member First | $ 55,364.87 | $ - |
| 11700 | Duchess | $ 10,000.00 | Citimortgage | $ 55,525.97 | $ - |
| 16032 | Eastburn | $ 15,000.00 | Comerica | $ 948,784.57 | $ - |
| 16663 | Eastburn | $ 30,000.00 | Member First | $ 41,274.99 | $ - |
| 19320 | Edinborough | $ 15,000.00 | Mr. Cooper | $ 51,921.83 | $ - |
| 16673 | Edmore | $ 30,000.00 | Comerica | $ 948,784.57 | $ - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15491 | Fairmount | $ | 23,000.00 | Member First | $ | 55,501.57 | $ | - |
| 5290 | Farmbrook | $ | 7,000.00 | BAC | $ | 59,393.79 | $ | - |
| 6006 | Farmbrook | $ | 7,000.00 | Member First | $ | 54,094.96 | $ | - |
| 6840 | Faust | $ | 12,000.00 | Member First | $ | 44,177.79 | $ | - |
| 17624 | Fielding | $ | 13,000.00 | Member First | $ | 42,088.75 | $ | - |
| 18424 | Fielding | $ | 13,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 12716 | Grandmont | $ | 30,000.00 | Chase | $ | 39,323.36 | $ | - |
| 6303 | Grandmont | $ | 25,000.00 | Member First | $ | 40,749.42 | $ | - |
| 6229 | Greenview | $ | 15,000.00 | Member First | $ | 47,617.63 | $ | - |
| 16523 | Hartwell | $ | 17,000.00 | Chase | $ | 40,634.08 | $ | - |
| 10200 | Harvard | $ | 15,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 5525 | Haverhill | $ | 15,000.00 | Mr. Cooper | $ | 65,491.46 | $ | - |
| 18644 | Kelly | $ | 10,000.00 | Member First | $ | 22,755.28 | $ | - |
| 19974 | Kingsville | $ | 20,000.00 | Chase | $ | 60,991.39 | $ | - |
| 11691 | Laing | $ | 15,000.00 | Chase | $ | 57,738.22 | $ | - |
| 11914 | Laing | $ | 12,000.00 | BAC | $ | 69,371.86 | $ | - |
| 10107 | Lanark | $ | 10,000.00 | Ocwen Loan | $ | 63,332.30 | $ | - |
| 10595 | Lanark | $ | 30,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 15827 | Lappin | $ | 10,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 15634 | Liberal | $ | 10,000.00 | Chase | $ | 31,920.72 | $ | - |
| 16220 | Liberal | $ | 10,000.00 | Member First | $ | 36,341.73 | $ | - |
| 14900 | Lindsay | $ | 30,000.00 | Fifth Third Bank | $ | 68,021.45 | $ | - |
| 15683 | Maddelein | $ | 10,000.00 | Chase | $ | 48,935.57 | $ | - |
| 16001 | Maddelein | $ | 7,000.00 | | | | $ | 7,000.00 |
| 15692 | Manning | $ | 10,000.00 | Member First | $ | 35,928.32 | $ | - |
| 16415 | Manning | $ | 18,000.00 | Member First | $ | 53,402.00 | $ | - |
| 16444 | Manning | $ | 18,000.00 | Ocwen Loan | $ | 78,485.14 | $ | - |
| 10870 | Marne | $ | 15,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 5581 | Marseilles | $ | 17,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 5700 | Marseilles | $ | 20,000.00 | BAC | $ | 84,539.67 | $ | - |
| 8111 | Marygrove | $ | 40,000.00 | Seterus | $ | 72,723.55 | $ | - |
| 20461 | Mccormick | $ | 30,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 19732 | Mccormick | $ | 20,000.00 | Ocwen Loan | $ | 55,765.89 | $ | - |
| 11233 | Mckinney | $ | 15,000.00 | Ocwen Loan | $ | 64,321.40 | $ | - |
| 18261 | Monica | $ | 35,000.00 | Seterus | $ | 68,624.13 | $ | - |
| 19435 | Moross | $ | 25,000.00 | Fifth Third Bank | $ | 62,147.89 | $ | - |
| 18277 | Murryhill | $ | 2,000.00 | Mr. Cooper | $ | 51,178.23 | $ | - |
| 5742 | Nottingham | $ | 15,000.00 | Mr. Cooper | $ | 59,660.58 | $ | - |
| 11670 | Nottingham | $ | 25,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 15603 | Novara | $ | 8,000.00 | Member First | $ | 42,088.75 | $ | - |
| 15669 | Novara | $ | 8,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 15865 | Novara | $ | 6,000.00 | Member First | $ | 42,088.75 | $ | - |
| 16260 | Novara | $ | 10,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 6002 | Oldtown | $ | 12,000.00 | Mr. Cooper | $ | 60,858.42 | $ | - |
| 12528 | Payton | $ | 5,000.00 | Mr. Cooper | $ | 53,365.39 | $ | - |
| 10716 | Peerless | $ | 30,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 7271 | Piedmont | $ | 15,000.00 | Chase | $ | 38,282.91 | $ | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8092 | Piedmont | $ | 15,000.00 | Member First | $ | 41,180.86 | $ | - |
| 6716 | Plainview | $ | 20,000.00 | Member First | $ | 43,789.83 | $ | - |
| 19450 | Prairie | $ | 20,000.00 | Chase | $ | 51,241.76 | $ | - |
| 14551 | Prest | $ | 15,000.00 | Mr. Cooper | $ | 53,902.07 | $ | - |
| 15483 | Prest | $ | 20,000.00 | Mr. Cooper | $ | 52,151.10 | $ | - |
| 20100 | Prevost | $ | 10,000.00 | Chase | $ | 35,692.11 | $ | - |
| 5991 | Radnor | $ | 15,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 11881 | Riad | $ | 10,000.00 | Citimortgage | $ | 18,876.16 | | |
| 11915 | Riad | | | | | | $ | - |
| 14989 | Rossini | $ | 15,000.00 | Deutsche | $ | 11,840.01 | $ | 3,159.99 |
| 15252 | Rossini | $ | 10,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 15827 | Rossini | $ | 10,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 11761 | Rossiter | | | | | | $ | - |
| 12122 | Rossiter | $ | 15,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 10996 | Rossiter | $ | 15,000.00 | Ocwen Loan | $ | 74,356.61 | $ | - |
| 12059 | Rossiter | $ | 12,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 10741 | Roxbury | $ | 10,000.00 | Chase | $ | 51,940.55 | $ | - |
| 10791 | Roxbury | $ | 20,000.00 | Mr. Cooper | $ | 55,677.38 | $ | - |
| 7744 | Stahelin | $ | 15,000.00 | Citimortgage | $ | 48,089.67 | $ | - |
| 7788 | Stahelin | $ | 9,000.00 | Chase | $ | 36,522.53 | $ | - |
| 19403 | Stahelin | $ | 30,000.00 | Chase | $ | 58,422.50 | $ | - |
| 5685 | Stahelin | $ | 25,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 5707 | Stahelin | $ | 28,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 11368 | Stockwell | $ | 10,000.00 | Chase | $ | 40,483.13 | $ | - |
| 11344 | Stockwell | $ | 7,000.00 | Member First | $ | 42,366.90 | $ | - |
| 16073 | Tacoma | $ | 15,000.00 | Member First | $ | 48,097.73 | $ | - |
| 16261 | Tacoma | $ | 10,000.00 | Member First | $ | 34,362.21 | $ | - |
| 5753 | Three Mi Dr | $ | 20,000.00 | Ditech | $ | 75,889.51 | $ | - |
| 5959 | Three Mi Dr | $ | 30,000.00 | Ditech | $ | 30,000.00 | $ | - |
| 3620 | Three Mile Dr | $ | 12,000.00 | Member First | $ | 57,667.50 | $ | - |
| 20614 | Tireman | $ | 15,000.00 | BAC | $ | 53,792.47 | $ | - |
| 5981 | University | $ | 20,000.00 | Ocwen Loan | $ | 74,460.93 | $ | - |
| 6110 | University | $ | 15,000.00 | Ocwen Loan | $ | 73,754.28 | $ | - |
| 6321 | University | $ | 18,000.00 | Ocwen Loan | $ | 81,240.78 | $ | - |
| 6502 | Vaughn | $ | 15,000.00 | Member First | $ | 43,161.91 | $ | - |
| 11494 | Wayburn | $ | 10,000.00 | Chase | $ | 56,647.61 | $ | - |
| 8067 | Westwood | $ | 10,000.00 | Chase | $ | 36,075.79 | $ | - |
| 8506 | Westwood | $ | 15,000.00 | Mr. Cooper | $ | 19,224.21 | $ | - |
| 11808 | Whitehill | $ | 20,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 12161 | Whitehill | $ | 15,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 12536 | Whitehill | $ | 11,000.00 | Ocwen Loan | $ | 65,295.00 | $ | - |
| 12527 | Whitehill | $ | 10,000.00 | Ocwen Loan | $ | 60,452.76 | $ | - |
| 18988 | Woodbine | $ | 18,000.00 | Chase | $ | 37,118.25 | $ | - |
| 6700 | Woodmont | $ | 25,000.00 | Comerica | $ | 948,784.57 | $ | - |
| 10992 | Worden | $ | 30,000.00 | Comerica | $ | 948,784.57 | $ | - |
| | | **TOTAL EQUITY REAL PROPERTY** | | | | | $ | 20,159.99 |

PERSONAL PROPERTY

| Asset | Property Value | Secured Creditor | Loan Balance | Equity |
|---|---|---|---|---|
| Cash/Account | $ 110,000.00 | | $ - | $ 110,000.00 |
| Revceivables | $ - | | $ - | $ - |
| Furniture/Office Equipment | $ 1,000.00 | | $ - | $ 1,000.00 |
| | | **TOTAL EQUITY PERSONAL PROPERTY** | | **$ 111,000.00** |

LIQUIDATION DISTRIBUITION

TOTAL EQUITY      $ 131,159.99

Priority Claims
Steinberg Shapiro & Clark      $ 19,000.00
TOTAL PRIORITY CLAIMS      $ 19,000.00

Funds For Distribution      $ 112,159.99

TOTAL UNSECURED CLAIMS      $ 13,984.16

Percent Distr. on Liquidation      100%

Percent Distr. Per Plan      100%

# EXHIBIT B
## PLAN PROJECTIONS
## TIMOTHY BAKEMAN

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 |
|---|---|---|---|---|---|---|---|---|---|
| **BAKEMAN PLAN PROJECTIONS** | | | | | | | | | |
| Gross Income | | | | | | | | | |
| Salary (Villa Development) | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Gordon Switch Rent | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| TOTALGROSS INCOME | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| | | | | | | | | | |
| Taxes, Medicare & Social Security | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| TOTAL NET INCOME | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 |
| | | | | | | | | | |
| Non-Plan Expenses | | | | | | | | | |
| Real Estate Taxes | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 |
| Property Insurance | $ 132.00 | $ 132.00 | $ 132.00 | $ 132.00 | $ 132.00 | $ 132.00 | $ 132.00 | $ 132.00 | $ 132.00 |
| Association Dues | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Utilities | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 |
| Food | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| Clothing | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Personal Care Products | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 |
| Medical/Dental | $ 1,054.00 | $ 1,054.00 | $ 1,054.00 | $ 1,054.00 | $ 1,054.00 | $ 1,054.00 | $ 1,054.00 | $ 1,054.00 | $ 1,054.00 |
| Gas | $ 89.00 | $ 89.00 | $ 89.00 | $ 89.00 | $ 89.00 | $ 89.00 | $ 89.00 | $ 89.00 | $ 89.00 |
| Entertainment | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| Vehicle Insurance | $ 63.00 | $ 63.00 | $ 63.00 | $ 63.00 | $ 63.00 | $ 63.00 | $ 63.00 | $ 63.00 | $ 63.00 |
| TOTAL NON-PLAN EXPENSES | $ 4,513.00 | $ 4,513.00 | $ 4,513.00 | $ 4,513.00 | $ 4,513.00 | $ 4,513.00 | $ 4,513.00 | $ 4,513.00 | $ 4,513.00 |
| | | | | | | | | | |
| TOTAL NET INCOME | $ 5,987.00 | $ 5,987.00 | $ 5,987.00 | $ 5,987.00 | $ 5,987.00 | $ 5,987.00 | $ 5,987.00 | $ 5,987.00 | $ 5,987.00 |
| | | | | | | | | | |
| Bakeman Plan Payments | | | | | | | | | |
| Secured Creditors | | | | | | | | | |
| Comerica Bank | $ 385,784.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Chase Bank | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 |
| Comerica Bank/Gordon Switch | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 |
| Ford Motor Credit | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 |
| Lincoln AFS | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 |
| Total Secured | $ 390,547.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 |
| | | | | | | | | | |
| Unsecured | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| TOTAL PLAN PAYMENTS | $ 391,197.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 |
| | | | | | | | | | |
| MONTHLY NET INCOME | $ (385,210.61) | $ 573.39 | $ 573.39 | $ 573.39 | $ 573.39 | $ 573.39 | $ 573.39 | $ 573.39 | $ 573.39 |

# EXHIBIT B
## PLAN PROJECTIONS
## TIMOTHY BAKEMAN

| | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 |
|---|---|---|---|---|---|---|---|---|---|
| **BAKEMAN PLAN PROJECTIONS** | | | | | | | | | |
| Gross Income | | | | | | | | | |
| Salary (Villa Development) | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Gordon Switch Rent | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| TOTAL GROSS INCOME | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| | | | | | | | | | |
| Taxes, Medicare & Social Security | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| TOTAL NET INCOME | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 |
| | | | | | | | | | |
| Non-Plan Expenses | | | | | | | | | |
| Real Estate Taxes | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,390.50 | $ 1,390.50 | $ 1,390.50 | $ 1,390.50 | $ 1,390.50 | $ 1,390.50 |
| Property Insurance | $ 132.00 | $ 132.00 | $ 132.00 | $ 135.96 | $ 135.96 | $ 135.96 | $ 135.96 | $ 135.96 | $ 135.96 |
| Association Dues | $ 300.00 | $ 300.00 | $ 300.00 | $ 309.00 | $ 309.00 | $ 309.00 | $ 309.00 | $ 309.00 | $ 309.00 |
| Utilities | $ 450.00 | $ 450.00 | $ 450.00 | $ 463.50 | $ 463.50 | $ 463.50 | $ 463.50 | $ 463.50 | $ 463.50 |
| Food | $ 600.00 | $ 600.00 | $ 600.00 | $ 618.00 | $ 618.00 | $ 618.00 | $ 618.00 | $ 618.00 | $ 618.00 |
| Clothing | $ 200.00 | $ 200.00 | $ 200.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 |
| Personal Care Products | $ 125.00 | $ 125.00 | $ 125.00 | $ 128.75 | $ 128.75 | $ 128.75 | $ 128.75 | $ 128.75 | $ 128.75 |
| Medical/Dental | $ 1,054.00 | $ 1,054.00 | $ 1,054.00 | $ 1,085.62 | $ 1,085.62 | $ 1,085.62 | $ 1,085.62 | $ 1,085.62 | $ 1,085.62 |
| Gas | $ 89.00 | $ 89.00 | $ 89.00 | $ 91.67 | $ 91.67 | $ 91.67 | $ 91.67 | $ 91.67 | $ 91.67 |
| Entertainment | $ 150.00 | $ 150.00 | $ 150.00 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 |
| Vehicle Insurance | $ 63.00 | $ 63.00 | $ 63.00 | $ 64.89 | $ 64.89 | $ 64.89 | $ 64.89 | $ 64.89 | $ 64.89 |
| TOTAL NON-PLAN EXPENSES | $ 4,513.00 | $ 4,513.00 | $ 4,513.00 | $ 4,648.39 | $ 4,648.39 | $ 4,648.39 | $ 4,648.39 | $ 4,648.39 | $ 4,648.39 |
| | | | | | | | | | |
| TOTAL NET INCOME | $ 5,987.00 | $ 5,987.00 | $ 5,987.00 | $ 5,851.61 | $ 5,851.61 | $ 5,851.61 | $ 5,851.61 | $ 5,851.61 | $ 5,851.61 |
| | | | | | | | | | |
| Bakeman Plan Payments | | | | | | | | | |
| Secured Creditors | | | | | | | | | |
| Comerica Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Chase Bank | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 |
| Comerica Bank/Gordon Switch | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 |
| Ford Motor Credit | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 |
| Lincoln AFS | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 |
| Total Secured | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 |
| | | | | | | | | | |
| Unsecured | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| TOTAL PLAN PAYMENTS | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 |
| | | | | | | | | | |
| MONTHLY NET INCOME | $ 573.39 | $ 573.39 | $ 573.39 | $ 438.00 | $ 438.00 | $ 438.00 | $ 438.00 | $ 438.00 | $ 438.00 |

# EXHIBIT B
# PLAN PROJECTIONS
# TIMOTHY BAKEMAN

| | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|---|---|---|---|
| **BAKEMAN PLAN PROJECTIONS** | | | | | | | | | |
| Gross Income | | | | | | | | | |
| Salary (Villa Development) | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Gordon Switch Rent | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| TOTAL GROSS INCOME | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| | | | | | | | | | |
| Taxes, Medicare & Social Security | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| TOTAL NET INCOME | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 |
| | | | | | | | | | |
| Non-Plan Expenses | | | | | | | | | |
| Real Estate Taxes | $ 1,390.50 | $ 1,390.50 | $ 1,390.50 | $ 1,390.50 | $ 1,390.50 | $ 1,390.50 | $ 1,432.22 | $ 1,432.22 | $ 1,432.22 |
| Property Insurance | $ 135.96 | $ 135.96 | $ 135.96 | $ 135.96 | $ 135.96 | $ 135.96 | $ 140.04 | $ 140.04 | $ 140.04 |
| Association Dues | $ 309.00 | $ 309.00 | $ 309.00 | $ 309.00 | $ 309.00 | $ 309.00 | $ 318.27 | $ 318.27 | $ 318.27 |
| Utilities | $ 463.50 | $ 463.50 | $ 463.50 | $ 463.50 | $ 463.50 | $ 463.50 | $ 477.41 | $ 477.41 | $ 477.41 |
| Food | $ 618.00 | $ 618.00 | $ 618.00 | $ 618.00 | $ 618.00 | $ 618.00 | $ 636.54 | $ 636.54 | $ 636.54 |
| Clothing | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 212.18 | $ 212.18 | $ 212.18 |
| Personal Care Products | $ 128.75 | $ 128.75 | $ 128.75 | $ 128.75 | $ 128.75 | $ 128.75 | $ 132.61 | $ 132.61 | $ 132.61 |
| Medical/Dental | $ 1,085.62 | $ 1,085.62 | $ 1,085.62 | $ 1,085.62 | $ 1,085.62 | $ 1,085.62 | $ 1,118.19 | $ 1,118.19 | $ 1,118.19 |
| Gas | $ 91.67 | $ 91.67 | $ 91.67 | $ 91.67 | $ 91.67 | $ 91.67 | $ 94.42 | $ 94.42 | $ 94.42 |
| Entertainment | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 159.14 | $ 159.14 | $ 159.14 |
| Vehicle Insurance | $ 64.89 | $ 64.89 | $ 64.89 | $ 64.89 | $ 64.89 | $ 64.89 | $ 66.84 | $ 66.84 | $ 66.84 |
| TOTAL NON-PLAN EXPENSES | $ 4,648.39 | $ 4,648.39 | $ 4,648.39 | $ 4,648.39 | $ 4,648.39 | $ 4,648.39 | $ 4,787.84 | $ 4,787.84 | $ 4,787.84 |
| | | | | | | | | | |
| TOTAL NET INCOME | $ 5,851.61 | $ 5,851.61 | $ 5,851.61 | $ 5,851.61 | $ 5,851.61 | $ 5,851.61 | $ 5,712.16 | $ 5,712.16 | $ 5,712.16 |
| | | | | | | | | | |
| Bakeman Plan Payments | | | | | | | | | |
| Secured Creditors | | | | | | | | | |
| Comerica Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Chase Bank | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 |
| Comerica Bank/Gordon Switch | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 |
| Ford Motor Credit | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 |
| Lincoln AFS | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 |
| Total Secured | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 |
| | | | | | | | | | |
| Unsecured | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| TOTAL PLAN PAYMENTS | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 |
| | | | | | | | | | |
| MONTHLY NET INCOME | $ 438.00 | $ 438.00 | $ 438.00 | $ 438.00 | $ 438.00 | $ 438.00 | $ 298.55 | $ 298.55 | $ 298.55 |

# EXHIBIT B
## PLAN PROJECTIONS
## TIMOTHY BAKEMAN

| | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
|---|---|---|---|---|---|---|---|---|---|
| **BAKEMAN PLAN PROJECTIONS** | | | | | | | | | |
| Gross Income | | | | | | | | | |
| Salary (Villa Development) | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Gordon Switch Rent | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| TOTALGROSS INCOME | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| | | | | | | | | | |
| Taxes, Medicare & Social Security | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| TOTAL NET INCOME | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 |
| | | | | | | | | | |
| Non-Plan Expenses | | | | | | | | | |
| Real Estate Taxes | $ 1,432.22 | $ 1,432.22 | $ 1,432.22 | $ 1,432.22 | $ 1,432.22 | $ 1,432.22 | $ 1,432.22 | $ 1,432.22 | 1,432.22 |
| Property Insurance | $ 140.04 | $ 140.04 | $ 140.04 | $ 140.04 | $ 140.04 | $ 140.04 | $ 140.04 | $ 140.04 | 140.04 |
| Association Dues | $ 318.27 | $ 318.27 | $ 318.27 | $ 318.27 | $ 318.27 | $ 318.27 | $ 318.27 | $ 318.27 | 318.27 |
| Utilities | $ 477.41 | $ 477.41 | $ 477.41 | $ 477.41 | $ 477.41 | $ 477.41 | $ 477.41 | $ 477.41 | 477.41 |
| Food | $ 636.54 | $ 636.54 | $ 636.54 | $ 636.54 | $ 636.54 | $ 636.54 | $ 636.54 | $ 636.54 | 636.54 |
| Clothing | $ 212.18 | $ 212.18 | $ 212.18 | $ 212.18 | $ 212.18 | $ 212.18 | $ 212.18 | $ 212.18 | 212.18 |
| Personal Care Products | $ 132.61 | $ 132.61 | $ 132.61 | $ 132.61 | $ 132.61 | $ 132.61 | $ 132.61 | $ 132.61 | 132.61 |
| Medical/Dental | $ 1,118.19 | $ 1,118.19 | $ 1,118.19 | $ 1,118.19 | $ 1,118.19 | $ 1,118.19 | $ 1,118.19 | $ 1,118.19 | 1,118.19 |
| Gas | $ 94.42 | $ 94.42 | $ 94.42 | $ 94.42 | $ 94.42 | $ 94.42 | $ 94.42 | $ 94.42 | 94.42 |
| Entertainment | $ 159.14 | $ 159.14 | $ 159.14 | $ 159.14 | $ 159.14 | $ 159.14 | $ 159.14 | $ 159.14 | 159.14 |
| Vehicle Insurance | $ 66.84 | $ 66.84 | $ 66.84 | $ 66.84 | $ 66.84 | $ 66.84 | $ 66.84 | $ 66.84 | 66.84 |
| TOTAL NON-PLAN EXPENSES | $ 4,787.84 | $ 4,787.84 | $ 4,787.84 | $ 4,787.84 | $ 4,787.84 | $ 4,787.84 | $ 4,787.84 | $ 4,787.84 | 4,787.84 |
| | | | | | | | | | |
| TOTAL NET INCOME | $ 5,712.16 | $ 5,712.16 | $ 5,712.16 | $ 5,712.16 | $ 5,712.16 | $ 5,712.16 | $ 5,712.16 | $ 5,712.16 | 5,712.16 |
| | | | | | | | | | |
| Bakeman Plan Payments | | | | | | | | | |
| Secured Creditors | | | | | | | | | |
| Comerica Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Chase Bank | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | 2,567.43 |
| Comerica Bank/Gordon Switch | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | 1,233.72 |
| Ford Motor Credit | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | 497.26 |
| Lincoln AFS | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | 465.20 |
| Total Secured | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | 4,763.61 |
| | | | | | | | | | |
| Unsecured | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | 650.00 |
| TOTAL PLAN PAYMENTS | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | 5,413.61 |
| | | | | | | | | | |
| MONTHLY NET INCOME | $ 298.55 | $ 298.55 | $ 298.55 | $ 298.55 | $ 298.55 | $ 298.55 | $ 298.55 | $ 298.55 | 298.55 |

# EXHIBIT B
## PLAN PROJECTIONS
## TIMOTHY BAKEMAN

|  | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 |
|---|---|---|---|---|---|---|---|---|---|
| **BAKEMAN PLAN PROJECTIONS** | | | | | | | | | |
| Gross Income | | | | | | | | | |
| Salary (Villa Development) | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Gordon Switch Rent | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| TOTALGROSS INCOME | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| | | | | | | | | | |
| Taxes, Medicare & Social Security | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| TOTAL NET INCOME | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 |
| | | | | | | | | | |
| Non-Plan Expenses | | | | | | | | | |
| Real Estate Taxes | $ 1,475.18 | $ 1,475.18 | $ 1,475.18 | $ 1,475.18 | $ 1,475.18 | $ 1,475.18 | $ 1,475.18 | $ 1,475.18 | $ 1,475.18 |
| Property Insurance | $ 144.24 | $ 144.24 | $ 144.24 | $ 144.24 | $ 144.24 | $ 144.24 | $ 144.24 | $ 144.24 | $ 144.24 |
| Association Dues | $ 327.82 | $ 327.82 | $ 327.82 | $ 327.82 | $ 327.82 | $ 327.82 | $ 327.82 | $ 327.82 | $ 327.82 |
| Utilities | $ 491.73 | $ 491.73 | $ 491.73 | $ 491.73 | $ 491.73 | $ 491.73 | $ 491.73 | $ 491.73 | $ 491.73 |
| Food | $ 655.64 | $ 655.64 | $ 655.64 | $ 655.64 | $ 655.64 | $ 655.64 | $ 655.64 | $ 655.64 | $ 655.64 |
| Clothing | $ 218.55 | $ 218.55 | $ 218.55 | $ 218.55 | $ 218.55 | $ 218.55 | $ 218.55 | $ 218.55 | $ 218.55 |
| Personal Care Products | $ 136.59 | $ 136.59 | $ 136.59 | $ 136.59 | $ 136.59 | $ 136.59 | $ 136.59 | $ 136.59 | $ 136.59 |
| Medical/Dental | $ 1,151.73 | $ 1,151.73 | $ 1,151.73 | $ 1,151.73 | $ 1,151.73 | $ 1,151.73 | $ 1,151.73 | $ 1,151.73 | $ 1,151.73 |
| Gas | $ 97.25 | $ 97.25 | $ 97.25 | $ 97.25 | $ 97.25 | $ 97.25 | $ 97.25 | $ 97.25 | $ 97.25 |
| Entertainment | $ 163.91 | $ 163.91 | $ 163.91 | $ 163.91 | $ 163.91 | $ 163.91 | $ 163.91 | $ 163.91 | $ 163.91 |
| Vehicle Insurance | $ 68.84 | $ 68.84 | $ 68.84 | $ 68.84 | $ 68.84 | $ 68.84 | $ 68.84 | $ 68.84 | $ 68.84 |
| TOTAL NON-PLAN EXPENSES | $ 4,931.48 | $ 4,931.48 | $ 4,931.48 | $ 4,931.48 | $ 4,931.48 | $ 4,931.48 | $ 4,931.48 | $ 4,931.48 | $ 4,931.48 |
| | | | | | | | | | |
| TOTAL NET INCOME | $ 5,568.52 | $ 5,568.52 | $ 5,568.52 | $ 5,568.52 | $ 5,568.52 | $ 5,568.52 | $ 5,568.52 | $ 5,568.52 | $ 5,568.52 |
| | | | | | | | | | |
| Bakeman Plan Payments | | | | | | | | | |
| Secured Creditors | | | | | | | | | |
| Comerica Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Chase Bank | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 |
| Comerica Bank/Gordon Switch | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 |
| Ford Motor Credit | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 |
| Lincoln AFS | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 |
| Total Secured | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 |
| | | | | | | | | | |
| Unsecured | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| TOTAL PLAN PAYMENTS | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 |
| | | | | | | | | | |
| MONTHLY NET INCOME | $ 154.91 | $ 154.91 | $ 154.91 | $ 154.91 | $ 154.91 | $ 154.91 | $ 154.91 | $ 154.91 | $ 154.91 |

# EXHIBIT B
## PLAN PROJECTIONS
## TIMOTHY BAKEMAN

| | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 |
|---|---|---|---|---|---|---|---|---|---|
| **BAKEMAN PLAN PROJECTIONS** | | | | | | | | | |
| Gross Income | | | | | | | | | |
|   Salary (Villa Development) | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
|   Gordon Switch Rent | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| TOTAL GROSS INCOME | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| | | | | | | | | | |
| Taxes, Medicare & Social Security | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| TOTAL NET INCOME | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 |
| | | | | | | | | | |
| Non-Plan Expenses | | | | | | | | | |
|   Real Estate Taxes | $ 1,475.18 | $ 1,475.18 | $ 1,475.18 | $ 1,519.44 | $ 1,519.44 | $ 1,519.44 | $ 1,519.44 | $ 1,519.44 | $ 1,519.44 |
|   Property Insurance | $ 144.24 | $ 144.24 | $ 144.24 | $ 148.57 | $ 148.57 | $ 148.57 | $ 148.57 | $ 148.57 | $ 148.57 |
|   Association Dues | $ 327.82 | $ 327.82 | $ 327.82 | $ 337.65 | $ 337.65 | $ 337.65 | $ 337.65 | $ 337.65 | $ 337.65 |
|   Utilities | $ 491.73 | $ 491.73 | $ 491.73 | $ 506.48 | $ 506.48 | $ 506.48 | $ 506.48 | $ 506.48 | $ 506.48 |
|   Food | $ 655.64 | $ 655.64 | $ 655.64 | $ 675.31 | $ 675.31 | $ 675.31 | $ 675.31 | $ 675.31 | $ 675.31 |
|   Clothing | $ 218.55 | $ 218.55 | $ 218.55 | $ 225.10 | $ 225.10 | $ 225.10 | $ 225.10 | $ 225.10 | $ 225.10 |
|   Personal Care Products | $ 136.59 | $ 136.59 | $ 136.59 | $ 140.69 | $ 140.69 | $ 140.69 | $ 140.69 | $ 140.69 | $ 140.69 |
|   Medical/Dental | $ 1,151.73 | $ 1,151.73 | $ 1,151.73 | $ 1,186.29 | $ 1,186.29 | $ 1,186.29 | $ 1,186.29 | $ 1,186.29 | $ 1,186.29 |
|   Gas | $ 97.25 | $ 97.25 | $ 97.25 | $ 100.17 | $ 100.17 | $ 100.17 | $ 100.17 | $ 100.17 | $ 100.17 |
|   Entertainment | $ 163.91 | $ 163.91 | $ 163.91 | $ 168.83 | $ 168.83 | $ 168.83 | $ 168.83 | $ 168.83 | $ 168.83 |
|   Vehicle Insurance | $ 68.84 | $ 68.84 | $ 68.84 | $ 70.91 | $ 70.91 | $ 70.91 | $ 70.91 | $ 70.91 | $ 70.91 |
| TOTAL NON-PLAN EXPENSES | $ 4,931.48 | $ 4,931.48 | $ 4,931.48 | $ 5,079.42 | $ 5,079.42 | $ 5,079.42 | $ 5,079.42 | $ 5,079.42 | $ 5,079.42 |
| | | | | | | | | | |
| TOTAL NET INCOME | $ 5,568.52 | $ 5,568.52 | $ 5,568.52 | $ 5,420.58 | $ 5,420.58 | $ 5,420.58 | $ 5,420.58 | $ 5,420.58 | $ 5,420.58 |
| | | | | | | | | | |
| Bakeman Plan Payments | | | | | | | | | |
|   Secured Creditors | | | | | | | | | |
|   Comerica Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|   Chase Bank | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 |
|   Comerica Bank/Gordon Switch | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 |
|   Ford Motor Credit | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 |
|   Lincoln AFS | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 |
|   Total Secured | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 |
| | | | | | | | | | |
|   Unsecured | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| TOTAL PLAN PAYMENTS | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 |
| | | | | | | | | | |
| MONTHLY NET INCOME | $ 154.91 | $ 154.91 | $ 154.91 | $ 6.97 | $ 6.97 | $ 6.97 | $ 6.97 | $ 6.97 | $ 6.97 |

# EXHIBIT B
## PLAN PROJECTIONS
## TIMOTHY BAKEMAN

| | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|
| **BAKEMAN PLAN PROJECTIONS** | | | | | | |
| Gross Income | | | | | | |
| Salary (Villa Development) | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Gordon Switch Rent | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| TOTALGROSS INCOME | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 |
| | | | | | | |
| Taxes, Medicare & Social Security | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| TOTAL NET INCOME | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 |
| | | | | | | |
| Non-Plan Expenses | | | | | | |
| Real Estate Taxes | $ 1,519.44 | $ 1,519.44 | $ 1,519.44 | $ 1,519.44 | $ 1,519.44 | $ 1,519.44 |
| Property Insurance | $ 148.57 | $ 148.57 | $ 148.57 | $ 148.57 | $ 148.57 | $ 148.57 |
| Association Dues | $ 337.65 | $ 337.65 | $ 337.65 | $ 337.65 | $ 337.65 | $ 337.65 |
| Utilities | $ 506.48 | $ 506.48 | $ 506.48 | $ 506.48 | $ 506.48 | $ 506.48 |
| Food | $ 675.31 | $ 675.31 | $ 675.31 | $ 675.31 | $ 675.31 | $ 675.31 |
| Clothing | $ 225.10 | $ 225.10 | $ 225.10 | $ 225.10 | $ 225.10 | $ 225.10 |
| Personal Care Products | $ 140.69 | $ 140.69 | $ 140.69 | $ 140.69 | $ 140.69 | $ 140.69 |
| Medical/Dental | $ 1,186.29 | $ 1,186.29 | $ 1,186.29 | $ 1,186.29 | $ 1,186.29 | $ 1,186.29 |
| Gas | $ 100.17 | $ 100.17 | $ 100.17 | $ 100.17 | $ 100.17 | $ 100.17 |
| Entertainment | $ 168.83 | $ 168.83 | $ 168.83 | $ 168.83 | $ 168.83 | $ 168.83 |
| Vehicle Insurance | $ 70.91 | $ 70.91 | $ 70.91 | $ 70.91 | $ 70.91 | $ 70.91 |
| TOTAL NON-PLAN EXPENSES | $ 5,079.42 | $ 5,079.42 | $ 5,079.42 | $ 5,079.42 | $ 5,079.42 | $ 5,079.42 |
| | | | | | | |
| TOTAL NET INCOME | $ 5,420.58 | $ 5,420.58 | $ 5,420.58 | $ 5,420.58 | $ 5,420.58 | $ 5,420.58 |
| | | | | | | |
| Bakeman Plan Payments | | | | | | |
| Secured Creditors | | | | | | |
| Comerica Bank | $ - | $ - | $ - | $ - | $ - | $ - |
| Chase Bank | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 | $ 2,567.43 |
| Comerica Bank/Gordon Switch | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 | $ 1,233.72 |
| Ford Motor Credit | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 | $ 497.26 |
| Lincoln AFS | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 | $ 465.20 |
| Total Secured | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 | $ 4,763.61 |
| | | | | | | |
| Unsecured | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| TOTAL PLAN PAYMENTS | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 | $ 5,413.61 |
| | | | | | | |
| MONTHLY NET INCOME | $ 6.97 | $ 6.97 | $ 6.97 | $ 6.97 | $ 6.97 | $ 6.97 |

# EXHIBIT B
## PLAN PROJECTIONS
## VILLA PROPERTIES, LLC

| VILLA PLAN PROJECTIONS | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 |
|---|---|---|---|---|---|---|---|---|
| **Gross Income** | | | | | | | | |
| Rent | | | | | | | | |
| Gross Rent | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 |
| Less Vacancy Rate | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) |
| TOTAL GROSS INCOME | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 |
| | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| Overhead & Maintenance | $ 13,035.00 | $ 13,035.00 | $ 13,035.00 | $ 13,035.00 | $ 13,035.00 | $ 13,035.00 | $ 13,035.00 | $ 13,035.00 |
| Water/Utilities | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Property Taxes | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 |
| Insurance | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 |
| | | | | | | | | |
| TOTAL OPERATING EXPENSES | $ 17,354.21 | $ 17,354.21 | $ 17,354.21 | $ 17,354.21 | $ 17,354.21 | $ 17,354.21 | $ 17,354.21 | $ 17,354.21 |
| | | | | | | | | |
| TOTAL NET INCOME | $ 8,181.24 | $ 8,181.24 | $ 8,181.24 | $ 8,181.24 | $ 8,181.24 | $ 8,181.24 | $ 8,181.24 | $ 8,181.24 |
| | | | | | | | | |
| **Villa Plan Payments** | | | | | | | | |
| Adminstrative Claims | | | | | | | | |
| Steinberg Shapiro | $ 40,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Admistrative Claims | $ 40,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| Secured Creditors | | | | | | | | |
| Comerica | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 |
| Water | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 |
| Total Secured | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 |
| | | | | | | | | |
| Unsecured | $ 13,984.16 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Deutsche Land Contract | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 |
| TOTAL PLAN PAYMENTS | $ 64,882.28 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 |
| | | | | | | | | |
| MONTHLY NET INCOME | $ (56,701.04) | $ (2,716.88) | $ (2,716.88) | $ (2,716.88) | $ (2,716.88) | $ (2,716.88) | $ (2,716.88) | $ (2,716.88) |

# EXHIBIT B
## PLAN PROJECTIONS
## VILLA PROPERTIES, LLC

| VILLA PLAN PROJECTIONS | Month 9 | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 |
|---|---|---|---|---|---|---|---|---|
| Gross Income | | | | | | | | |
|   Rent | | | | | | | | |
|     Gross Rent | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 |
|     Less Vacancy Rate | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) |
| TOTAL GROSS INCOME | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 |
| | | | | | | | | |
| Operating Expenses | | | | | | | | |
|   Overhead & Maintenance | $ 13,035.00 | $ 13,035.00 | $ 13,035.00 | $ 13,035.00 | $ 13,426.05 | $ 13,426.05 | $ 13,426.05 | $ 13,426.05 |
|   Water/Utilities | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 |
|   Property Taxes | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 |
|   Insurance | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 2,039.40 | $ 2,039.40 | $ 2,039.40 | $ 2,039.40 |
| | | | | | | | | |
| TOTAL OPERATING EXPENSES | $ 17,354.21 | $ 17,354.21 | $ 17,354.21 | $ 17,354.21 | $ 17,807.66 | $ 17,807.66 | $ 17,807.66 | $ 17,807.66 |
| | | | | | | | | |
| TOTAL NET INCOME | $ 8,181.24 | $ 8,181.24 | $ 8,181.24 | $ 8,181.24 | $ 7,727.79 | $ 7,727.79 | $ 7,727.79 | $ 7,727.79 |
| | | | | | | | | |
| Villa Plan Payments | | | | | | | | |
|   Adminstrative Claims | | | | | | | | |
|     Steinberg Shapiro | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|   Total Admistrative Claims | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
|   Secured Creditors | | | | | | | | |
|     Comerica | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 |
|     Water | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 |
|   Total Secured | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 |
| | | | | | | | | |
|     Unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|     Deutsche Land Contract | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 |
| TOTAL PLAN PAYMENTS | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 |
| | | | | | | | | |
| MONTHLY NET INCOME | $ (2,716.88) | $ (2,716.88) | $ (2,716.88) | $ (2,716.88) | $ (3,170.33) | $ (3,170.33) | $ (3,170.33) | $ (3,170.33) |

# EXHIBIT B
## PLAN PROJECTIONS
## VILLA PROPERTIES, LLC

| VILLA PLAN PROJECTIONS | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
|---|---|---|---|---|---|---|---|---|
| Gross Income | | | | | | | | |
|   Rent | | | | | | | | |
|     Gross Rent | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 |
|     Less Vacancy Rate | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) |
| TOTALGROSS INCOME | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 |
| | | | | | | | | |
| Operating Expenses | | | | | | | | |
|   Overhead & Maintenance | $ 13,426.05 | $ 13,426.05 | $ 13,426.05 | $ 13,426.05 | $ 13,426.05 | $ 13,426.05 | $ 13,426.05 | $ 13,426.05 |
|   Water/Utilities | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 |
|   Property Taxes | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 |
|   Insurance | $ 2,039.40 | $ 2,039.40 | $ 2,039.40 | $ 2,039.40 | $ 2,039.40 | $ 2,039.40 | $ 2,039.40 | $ 2,039.40 |
| | | | | | | | | |
| TOTAL OPERATING EXPENSES | $ 17,807.66 | $ 17,807.66 | $ 17,807.66 | $ 17,807.66 | $ 17,807.66 | $ 17,807.66 | $ 17,807.66 | $ 17,807.66 |
| | | | | | | | | |
| TOTAL NET INCOME | $ 7,727.79 | $ 7,727.79 | $ 7,727.79 | $ 7,727.79 | $ 7,727.79 | $ 7,727.79 | $ 7,727.79 | $ 7,727.79 |
| | | | | | | | | |
| Villa Plan Payments | | | | | | | | |
|   Adminstrative Claims | | | | | | | | |
|     Steinberg Shapiro | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|   Total Admistrative Claims | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
|   Secured Creditors | | | | | | | | |
|     Comerica | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 |
|     Water | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 |
|   Total Secured | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 |
| | | | | | | | | |
|   Unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|   Deutsche Land Contract | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 |
| TOTAL PLAN PAYMENTS | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 |
| | | | | | | | | |
| MONTHLY NET INCOME | $ (3,170.33) | $ (3,170.33) | $ (3,170.33) | $ (3,170.33) | $ (3,170.33) | $ (3,170.33) | $ (3,170.33) | $ (3,170.33) |

# EXHIBIT B
## PLAN PROJECTIONS
## VILLA PROPERTIES, LLC

| **VILLA PLAN PROJECTIONS** | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 |
|---|---|---|---|---|---|---|---|---|
| Gross Income | | | | | | | | |
| Rent | | | | | | | | |
| Gross Rent | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 |
| Less Vacancy Rate | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) |
| TOTALGROSS INCOME | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 |
| | | | | | | | | |
| Operating Expenses | | | | | | | | |
| Overhead & Maintenance | $ 13,828.83 | $ 13,828.83 | $ 13,828.83 | $ 13,828.83 | $ 13,828.83 | $ 13,828.83 | $ 13,828.83 | $ 13,828.83 |
| Water/Utilities | $ 106.09 | $ 106.09 | $ 106.09 | $ 106.09 | $ 106.09 | $ 106.09 | $ 106.09 | $ 106.09 |
| Property Taxes | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 |
| Insurance | $ 2,100.58 | $ 2,100.58 | $ 2,100.58 | $ 2,100.58 | $ 2,100.58 | $ 2,100.58 | $ 2,100.58 | $ 2,100.58 |
| | | | | | | | | |
| TOTAL OPERATING EXPENSES | $ 18,274.71 | $ 18,274.71 | $ 18,274.71 | $ 18,274.71 | $ 18,274.71 | $ 18,274.71 | $ 18,274.71 | $ 18,274.71 |
| | | | | | | | | |
| TOTAL NET INCOME | $ 7,260.74 | $ 7,260.74 | $ 7,260.74 | $ 7,260.74 | $ 7,260.74 | $ 7,260.74 | $ 7,260.74 | $ 7,260.74 |
| | | | | | | | | |
| Villa Plan Payments | | | | | | | | |
| Adminstrative Claims | | | | | | | | |
| Steinberg Shapiro | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Admistrative Claims | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| Secured Creditors | | | | | | | | |
| Comerica | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 |
| Water | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 |
| Total Secured | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 |
| | | | | | | | | |
| Unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Deutsche Land Contract | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 |
| TOTAL PLAN PAYMENTS | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 |
| | | | | | | | | |
| MONTHLY NET INCOME | $ (3,637.39) | $ (3,637.39) | $ (3,637.39) | $ (3,637.39) | $ (3,637.39) | $ (3,637.39) | $ (3,637.39) | $ (3,637.39) |

# EXHIBIT B
# PLAN PROJECTIONS
# VILLA PROPERTIES, LLC

| VILLA PLAN PROJECTIONS | Month 33 | Month 34 | Month 35 | Month 36 | Month 37 | Month 38 | Month 39 | Month 40 |
|---|---|---|---|---|---|---|---|---|
| Gross Income | | | | | | | | |
| Rent | | | | | | | | |
| Gross Rent | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 |
| Less Vacancy Rate | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) |
| TOTAL GROSS INCOME | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 |
| | | | | | | | | |
| Operating Expenses | | | | | | | | |
| Overhead & Maintenance | $ 13,828.83 | $ 13,828.83 | $ 13,828.83 | $ 13,828.83 | $ 14,243.70 | $ 14,243.70 | $ 14,243.70 | $ 14,243.70 |
| Water/Utilities | $ 106.09 | $ 106.09 | $ 106.09 | $ 106.09 | $ 109.27 | $ 109.27 | $ 109.27 | $ 109.27 |
| Property Taxes | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 |
| Insurance | $ 2,100.58 | $ 2,100.58 | $ 2,100.58 | $ 2,100.58 | $ 2,163.60 | $ 2,163.60 | $ 2,163.60 | $ 2,163.60 |
| | | | | | | | | |
| TOTAL OPERATING EXPENSES | $ 18,274.71 | $ 18,274.71 | $ 18,274.71 | $ 18,274.71 | $ 18,755.78 | $ 18,755.78 | $ 18,755.78 | $ 18,755.78 |
| | | | | | | | | |
| TOTAL NET INCOME | $ 7,260.74 | $ 7,260.74 | $ 7,260.74 | $ 7,260.74 | $ 6,779.67 | $ 6,779.67 | $ 6,779.67 | $ 6,779.67 |
| | | | | | | | | |
| Villa Plan Payments | | | | | | | | |
| Adminstrative Claims | | | | | | | | |
| Steinberg Shapiro | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Admistrative Claims | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| Secured Creditors | | | | | | | | |
| Comerica | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 |
| Water | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 |
| Total Secured | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 |
| | | | | | | | | |
| Unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Deutsche Land Contract | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 |
| TOTAL PLAN PAYMENTS | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 |
| | | | | | | | | |
| MONTHLY NET INCOME | $ (3,637.39) | $ (3,637.39) | $ (3,637.39) | $ (3,637.39) | $ (4,118.45) | $ (4,118.45) | $ (4,118.45) | $ (4,118.45) |

# EXHIBIT B
## PLAN PROJECTIONS
## VILLA PROPERTIES, LLC

| VILLA PLAN PROJECTIONS | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 |
|---|---|---|---|---|---|---|---|---|
| Gross Income | | | | | | | | |
| Rent | | | | | | | | |
| Gross Rent | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 | $ 26,781.00 |
| Less Vacancy Rate | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) | $ (1,245.55) |
| TOTAL GROSS INCOME | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 | $ 25,535.45 |
| | | | | | | | | |
| Operating Expenses | | | | | | | | |
| Overhead & Maintenance | $ 14,243.70 | $ 14,243.70 | $ 14,243.70 | $ 14,243.70 | $ 14,243.70 | $ 14,243.70 | $ 14,243.70 | $ 14,243.70 |
| Water/Utilities | $ 109.27 | $ 109.27 | $ 109.27 | $ 109.27 | $ 109.27 | $ 109.27 | $ 109.27 | $ 109.27 |
| Property Taxes | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 | $ 2,239.21 |
| Insurance | $ 2,163.60 | $ 2,163.60 | $ 2,163.60 | $ 2,163.60 | $ 2,163.60 | $ 2,163.60 | $ 2,163.60 | $ 2,163.60 |
| | | | | | | | | |
| TOTAL OPERATING EXPENSES | $ 18,755.78 | $ 18,755.78 | $ 18,755.78 | $ 18,755.78 | $ 18,755.78 | $ 18,755.78 | $ 18,755.78 | $ 18,755.78 |
| | | | | | | | | |
| TOTAL NET INCOME | $ 6,779.67 | $ 6,779.67 | $ 6,779.67 | $ 6,779.67 | $ 6,779.67 | $ 6,779.67 | $ 6,779.67 | $ 6,779.67 |
| | | | | | | | | |
| Villa Plan Payments | | | | | | | | |
| Adminstrative Claims | | | | | | | | |
| Steinberg Shapiro | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Admistrative Claims | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| Secured Creditors | | | | | | | | |
| Comerica | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 | $ 10,507.58 |
| Water | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 | $ 64.64 |
| Total Secured | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 | $10,572.21 |
| | | | | | | | | |
| Unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Deutsche Land Contract | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 | $ 325.91 |
| TOTAL PLAN PAYMENTS | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 | $ 10,898.12 |
| | | | | | | | | |
| MONTHLY NET INCOME | $ (4,118.45) | $ (4,118.45) | $ (4,118.45) | $ (4,118.45) | $ (4,118.45) | $ (4,118.45) | $ (4,118.45) | $ (4,118.45) |

# EXHIBIT B
## PLAN PROJECTIONS
## VILLA PROPERTIES, LLC

| VILLA PLAN PROJECTIONS | Month 49 | | Month 50 | | Month 51 | | Month 52 | | Month 53 | | Month 54 | | Month 55 | | Month 56 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Income | | | | | | | | | | | | | | | | |
| Rent | | | | | | | | | | | | | | | | |
| Gross Rent | $ | 26,781.00 | $ | 26,781.00 | $ | 26,781.00 | $ | 26,781.00 | $ | 26,781.00 | $ | 26,781.00 | $ | 26,781.00 | $ | 26,781.00 |
| Less Vacancy Rate | $ | (1,245.55) | $ | (1,245.55) | $ | (1,245.55) | $ | (1,245.55) | $ | (1,245.55) | $ | (1,245.55) | $ | (1,245.55) | $ | (1,245.55) |
| TOTALGROSS INCOME | $ | 25,535.45 | $ | 25,535.45 | $ | 25,535.45 | $ | 25,535.45 | $ | 25,535.45 | $ | 25,535.45 | $ | 25,535.45 | $ | 25,535.45 |
| | | | | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | | | | |
| Overhead & Maintenance | $ | 14,671.01 | $ | 14,671.01 | $ | 14,671.01 | $ | 14,671.01 | $ | 14,671.01 | $ | 14,671.01 | $ | 14,671.01 | $ | 14,671.01 |
| Water/Utilities | $ | 112.55 | $ | 112.55 | $ | 112.55 | $ | 112.55 | $ | 112.55 | $ | 112.55 | $ | 112.55 | $ | 112.55 |
| Property Taxes | $ | 2,239.21 | $ | 2,239.21 | $ | 2,239.21 | $ | 2,239.21 | $ | 2,239.21 | $ | 2,239.21 | $ | 2,239.21 | $ | 2,239.21 |
| Insurance | $ | 2,228.51 | $ | 2,228.51 | $ | 2,228.51 | $ | 2,228.51 | $ | 2,228.51 | $ | 2,228.51 | $ | 2,228.51 | $ | 2,228.51 |
| | | | | | | | | | | | | | | | | |
| TOTAL OPERATING EXPENSES | $ | 19,251.27 | $ | 19,251.27 | $ | 19,251.27 | $ | 19,251.27 | $ | 19,251.27 | $ | 19,251.27 | $ | 19,251.27 | $ | 19,251.27 |
| | | | | | | | | | | | | | | | | |
| TOTAL NET INCOME | $ | 6,284.18 | $ | 6,284.18 | $ | 6,284.18 | $ | 6,284.18 | $ | 6,284.18 | $ | 6,284.18 | $ | 6,284.18 | $ | 6,284.18 |
| | | | | | | | | | | | | | | | | |
| Villa Plan Payments | | | | | | | | | | | | | | | | |
| Adminstrative Claims | | | | | | | | | | | | | | | | |
| Steinberg Shapiro | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Total Admistrative Claims | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | | | | | | | | | |
| Secured Creditors | | | | | | | | | | | | | | | | |
| Comerica | $ | 10,507.58 | $ | 10,507.58 | $ | 10,507.58 | $ | 10,507.58 | $ | 10,507.58 | $ | 10,507.58 | $ | 10,507.58 | $ | 10,507.58 |
| Water | $ | 64.64 | $ | 64.64 | $ | 64.64 | $ | 64.64 | $ | 64.64 | $ | 64.64 | $ | 64.64 | $ | 64.64 |
| Total Secured | $10,572.21 | | $10,572.21 | | $10,572.21 | | $10,572.21 | | $10,572.21 | | $10,572.21 | | $10,572.21 | | $10,572.21 | |
| | | | | | | | | | | | | | | | | |
| Unsecured | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Deutsche Land Contract | $ | 325.91 | $ | 325.91 | $ | 325.91 | $ | 325.91 | $ | 325.91 | $ | 325.91 | $ | 325.91 | $ | 325.91 |
| TOTAL PLAN PAYMENTS | $ | 10,898.12 | $ | 10,898.12 | $ | 10,898.12 | $ | 10,898.12 | $ | 10,898.12 | $ | 10,898.12 | $ | 10,898.12 | $ | 10,898.12 |
| | | | | | | | | | | | | | | | | |
| MONTHLY NET INCOME | $ | (4,613.95) | $ | (4,613.95) | $ | (4,613.95) | $ | (4,613.95) | $ | (4,613.95) | $ | (4,613.95) | $ | (4,613.95) | $ | (4,613.95) |

# EXHIBIT B
## PLAN PROJECTIONS
## VILLA PROPERTIES, LLC

| VILLA PLAN PROJECTIONS | Month 57 | | Month 58 | | Month 59 | | Month 60 | |
|---|---|---|---|---|---|---|---|---|
| Gross Income | | | | | | | | |
| Rent | | | | | | | | |
| Gross Rent | $ | 26,781.00 | $ | 26,781.00 | $ | 26,781.00 | $ | 26,781.00 |
| Less Vacancy Rate | $ | (1,245.55) | $ | (1,245.55) | $ | (1,245.55) | $ | (1,245.55) |
| TOTALGROSS INCOME | $ | 25,535.45 | $ | 25,535.45 | $ | 25,535.45 | $ | 25,535.45 |
| | | | | | | | | |
| Operating Expenses | | | | | | | | |
| Overhead & Maintenance | $ | 14,671.01 | $ | 14,671.01 | $ | 14,671.01 | $ | 14,671.01 |
| Water/Utilities | $ | 112.55 | $ | 112.55 | $ | 112.55 | $ | 112.55 |
| Property Taxes | $ | 2,239.21 | $ | 2,239.21 | $ | 2,239.21 | $ | 2,239.21 |
| Insurance | $ | 2,228.51 | $ | 2,228.51 | $ | 2,228.51 | $ | 2,228.51 |
| | | | | | | | | |
| TOTAL OPERATING EXPENSES | $ | 19,251.27 | $ | 19,251.27 | $ | 19,251.27 | $ | 19,251.27 |
| | | | | | | | | |
| TOTAL NET INCOME | $ | 6,284.18 | $ | 6,284.18 | $ | 6,284.18 | $ | 6,284.18 |
| | | | | | | | | |
| Villa Plan Payments | | | | | | | | |
| Adminstrative Claims | | | | | | | | |
| Steinberg Shapiro | $ | - | $ | - | $ | - | $ | - |
| Total Admistrative Claims | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| Secured Creditors | | | | | | | | |
| Comerica | $ | 10,507.58 | $ | 10,507.58 | $ | 10,507.58 | $ | 10,507.58 |
| Water | $ | 64.64 | $ | 64.64 | $ | 64.64 | $ | 64.64 |
| Total Secured | | $10,572.21 | | $10,572.21 | | $10,572.21 | | $10,572.21 |
| | | | | | | | | |
| Unsecured | $ | - | $ | - | $ | - | $ | - |
| Deutsche Land Contract | $ | 325.91 | $ | 325.91 | $ | 325.91 | $ | 325.91 |
| TOTAL PLAN PAYMENTS | $ | 10,898.12 | $ | 10,898.12 | $ | 10,898.12 | $ | 10,898.12 |
| | | | | | | | | |
| MONTHLY NET INCOME | $ | (4,613.95) | $ | (4,613.95) | $ | (4,613.95) | $ | (4,613.95) |

Case Name: Timothy David Bakeman
Case Number: 18-40004-MBM

**PROFIT AND LOSS STATEMENT**
For the Period of January 2, 2018
To January 31, 2018

|  | Current | | January | | Total Since Filing | |
|---|---|---|---|---|---|---|
| **PERSONAL RECEIPTS:** | | | | | | |
| 1. Wages, Personal Service Income | $ | 6,167.00 | | | $ | 6,167.00 |
| 2. Gifts | | | | | | |
| 3. Other -Social Security | | | | | | |
| 4. Other -Interest | $ | 0.13 | | | $ | 0.13 |
| **TOTAL INCOME…………………………………** | $ | 6,167.13 | $ | - | $ | 6,167.13 |
| **PERSONAL DISBURSEMENTS:** | | | | | | |
| 1. Rent, House Payment(s) | $ | 2,609.59 | | | $ | 2,609.59 |
| 2. Groceries | $ | 144.02 | | | $ | 144.02 |
| 3. Utilities | | | | | | |
| 4. Automobile Expense: | | | | | | |
| Vehicle Payment $_____ | | | | | | |
| Gas and Oil $_____ | $ | 81.93 | | | $ | 81.93 |
| Maintenance | | | | | | |
| **TOTAL AUTOMOBILE EXPENSE…………………..** | $ | 81.93 | $ | - | $ | 81.93 |
| 5. Medical Expense | $ | 25.00 | | | $ | 25.00 |
| 6. Clothing | | | | | | |
| 7. Insurance (Not wage deducted) | | | | | | |
| Auto $_____ | | | | | | |
| Home $ | | | | | | |
| Life $ | | | | | | |
| Other $ | | | | | | |
| **TOTAL INSURANCE……………………………** | $ | - | $ | - | $ | - |
| 8. Restaurants | $ | 82.29 | | | $ | 82.29 |
| 9. Recreation/Travel | $ | 20.05 | | | $ | 20.05 |
| 10. Maintenance | | | | | | |
| 11. Other Expenses | | | | | | |
| 12. Support | | | | | | |
| **TOTAL MONTHLY EXPENDITURES………………………..** | $ | 2,962.88 | $ | - | $ | 2,962.88 |
| **EXCESS INCOME OVER EXPENSES…………………………** | $ | 3,204.25 | $ | - | $ | 3,204.25 |

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of February 1, 2018
To February 28, 2018

|  | Current |  | Total Since Filing |
|---|---|---|---|
| **PERSONAL RECEIPTS:** |  |  |  |
| 1.  Wages, Personal Service Income | $        8,600.00 | $ | 17,600.00 |
| 2.  Gifts |  |  |  |
| 3.  Other -Social Security |  |  |  |
| 4.  Other -Interest | $              0.31 | $ | 0.44 |
| **TOTAL** |  |  |  |
| **INCOME…………………………………** |  |  |  |
| **……...** | $        8,600.31 | $ | 17,600.44 |
| **PERSONAL DISBURSEMENTS:** |  |  |  |
| 1.  Rent, House Payment(s) | 2977.07 | $ | 5,586.66 |
| 2.  Groceries | 258.46 | $ | 402.48 |
| 3.  Utilities | 894.22 | $ | 894.22 |
| 4.  Automobile Expense: |  |  |  |
| Vehicle Payment $_____ | 682.68 | $ | 682.68 |
| Gas and Oil $_____ | 58.95 | $ | 140.88 |
| Maintenance |  |  |  |
| **TOTAL AUTOMOBILE** |  |  |  |
| **EXPENSE…………………..** | $          741.63 | $ | 823.56 |
| 5.  Medical Expense | $          503.19 | $ | 528.19 |
| 6.  Clothing |  |  |  |
| 7.  Insurance (Not wage deducted) |  |  |  |
| Auto  $_____ |  |  |  |
| Home $ |  |  |  |
| Life $ |  |  |  |
| Other $ |  |  |  |
| **TOTAL** |  |  |  |
| **INSURANCE……………………………** |  |  |  |
| **………………** | $                   - | $ | 25.00 |
| 8.   Restaurants | $          521.55 | $ | 603.84 |
| 9.  Recreation/Travel | $            59.05 | $ | 79.10 |
| 10.  Payroll Taxes | $        2,025.00 | $ | 2,025.00 |
| 11.  Other Expenses | $          375.58 | $ | 375.58 |
| 12.  Support |  | $ | - |
| **TOTAL MONTHLY** |  |  |  |
| **EXPENDITURES………………………..** |  |  |  |
|  | $        8,355.75 | $ | 11,318.63 |

**EXCESS INCOME OVER EXPENSES**…………………………… $ 244.56 $ 6,281.81

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of March 1, 2018
To March 31, 2018

| | Current | | Total Since Filing |
|---|---|---|---|
| **PERSONAL RECEIPTS:** | | | |
| 1. Wages, Personal Service Income | $ 10,800.28 | $ | 28,400.28 |
| 2. Gifts | | | |
| 3. Other -Social Security | | | |
| 4. Other -Interest | $ 0.31 | $ | 0.75 |
| **TOTAL INCOME…………………………………** | $ 10,800.59 | $ | 28,401.03 |
| **PERSONAL DISBURSEMENTS:** | | | |
| 1. Rent, House Payment(s) | $ 2,972.97 | $ | 8,559.63 |
| 2. Groceries | $ 1,444.74 | $ | 402.48 |
| 3. Utilities | $ 259.81 | $ | 894.22 |
| 4. Automobile Expense: | | | |
| Vehicle Payment $_____ | $ 682.68 | $ | 682.68 |
| Gas and Oil $_____ | $ 200.00 | $ | 140.88 |
| Maintenance | | | |
| **TOTAL AUTOMOBILE EXPENSE…………………..** | $ 882.68 | $ | 823.56 |
| 5. Medical Expense | $ 1,141.97 | $ | 528.19 |
| 6. Clothing | | | |
| 7. Insurance (Not wage deducted) | | | |
| Auto $_____ | | | |
| Home $ | | | |
| Life $ | | | |
| Other $ | | | |
| **TOTAL INSURANCE………………………………** | | $ | 25.00 |
| 8. Restaurants | $ 361.37 | $ | 603.84 |
| 9. Recreation/Travel | $ 302.65 | $ | 79.10 |
| 10. Payroll Taxes | $ 2,127.52 | $ | 2,025.00 |
| 11. Other Expenses | $ 335.00 | $ | 375.58 |
| 12. Support | | $ | - |
| **TOTAL MONTHLY EXPENDITURES…………………..** | $ 9,828.71 | $ | 21,147.34 |

**EXCESS INCOME OVER EXPENSES**…………………………… $               971.88  $               7,253.69

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of April 1, 2018
To April 30, 2018

|  | Current | Total Since Filing |
|---|---|---|
| **PERSONAL RECEIPTS:** | | |
| 1. Wages, Personal Service Income | $10,000.00 | $37,600.00 |
| 2. Gifts | | |
| 3. Other -Social Security | | |
| 4. Other -Interest | | $0.75 |
| **TOTAL INCOME…………………………………….** | $10,000.00 | $37,600.75 |
| **PERSONAL DISBURSEMENTS:** | | |
| 1. Rent, House Payment(s) | $2,972.97 | $11,532.60 |
| 2. Groceries | $391.46 | $2,238.68 |
| 3. Utilities | $253.57 | $1,407.60 |
| 4. Automobile Expense: | | |
| Vehicle Payment $_____ | $682.68 | $2,048.04 |
| Gas and Oil $_____ | $37.33 | $378.21 |
| Maintenance | | |
| **TOTAL AUTOMOBILE EXPENSE…………………..** | $720.01 | $2,426.25 |
| 5. Medical Expense | $1,186.46 | $2,856.62 |
| 6. Clothing | $158.95 | $158.95 |
| 7. Insurance (Not wage deducted) | | |
| Auto $_____ | | |
| Home $ | | |
| Life $ | | |
| Other $ | | |
| **TOTAL INSURANCE………………………………** | | $25.00 |
| 8. Restaurants | $371.80 | $1,337.01 |
| 9. Recreation/Travel | $266.60 | $648.35 |
| 10. Payroll Taxes | $2,817.26 | $6,969.78 |
| 11. Other Expenses | | $710.58 |
| 12. Support | | |
| 13. Quarterly OUST payments | $650.00 | $650.00 |

**TOTAL MONTHLY EXPENDITURES**………………………..

|  |  |  |
|---|---|---|
|  | $9,789.08 | $21,147.34 |

**EXCESS INCOME OVER EXPENSES**…………………………

|  |  |  |
|---|---|---|
|  | $210.92 | $6,453.41 |

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of May 1, 2018
To May 31, 2018

|  | Current | Total Since Filing |
|---|---|---|
| **PERSONAL RECEIPTS:** | | |
| 1.  Wages, Personal Service Income | $11,000.00 | $49,600.00 |
| 2.  Gifts | | |
| 3.  Other -Social Security | | |
| 4.  Other -Interest | | $0.75 |
| **TOTAL INCOME…………………………… ……...** | $11,000.00 | $49,600.75 |
| **PERSONAL DISBURSEMENTS:** | | |
| 1.  Rent, House Payment(s) | $3,038.56 | $14,571.16 |
| 2.  Groceries | $291.52 | $2,530.20 |
| 3.  Utilities | $190.77 | $1,598.37 |
| 4.  Automobile Expense: | | |
| Vehicle Payment $_____ | $682.68 | $2,730.72 |
| Gas and Oil $_____ | $44.87 | $423.08 |
| Maintenance | | |
| **TOTAL AUTOMOBILE EXPENSE…………………..** | | $2,426.25 |
| 5.  Medical Expense | $355.00 | $3,211.62 |
| 6.  Clothing | $222.53 | $381.48 |
| 7.  Insurance (Not wage deducted) | | |
| Auto  $_____ | | |
| Home $ | | |
| Life $ | | |
| Other $ | | |
| **TOTAL INSURANCE……………………………… ………………** | | $25.00 |
| 8.   Restaurants | $1,398.10 | $2,735.11 |
| 9.  Recreation/Travel | $423.25 | $1,071.60 |
| 10.  Payroll Taxes | $4,036.52 | $11,006.30 |
| 11.  Other Expenses | | $710.58 |
| 12.  Support | | |
| 13. Quarterly OUST payments | | $650.00 |

**TOTAL MONTHLY EXPENDITURES**………………………..

$10,683.80          $21,147.34

**EXCESS INCOME OVER EXPENSES**…………………………

$316.20          $7,453.41

Case Name: Timothy David Bakeman
Case Number: 18-40004-MBM

**PROFIT AND LOSS STATEMENT**
For the Period of June 1, 2018
To June 30, 2018

|  | Current | Total Since Filing |
|---|---|---|
| **PERSONAL RECEIPTS:** | | |
| 1.  Wages, Personal Service Income | $10,000.00 | $58,600.00 |
| 2.  Gifts | | |
| 3.  Other -Social Security | | |
| 4.  Other -Interest | | $0.75 |
| **TOTAL INCOME…………………………………..** | $10,000.00 | $58,600.75 |
| **PERSONAL DISBURSEMENTS:** | | |
| 1.  Rent, House Payment(s) | $3,007.58 | $17,578.74 |
| 2.  Groceries | $510.71 | $3,040.91 |
| 3.  Utilities | $478.13 | $2,076.50 |
| 4.  Automobile Expense: | | $0.00 |
| Vehicle Payment $_____ | $682.68 | $3,413.40 |
| Gas and Oil $_____ | $30.00 | $453.08 |
| Maintenance | | $0.00 |
| **TOTAL AUTOMOBILE EXPENSE…………………..** | $712.68 | $3,138.93 |
| 5.  Medical Expense | $954.93 | $4,166.55 |
| 6.  Clothing | $363.74 | $745.22 |
| 7.  Insurance (Not wage deducted) | | $0.00 |
| Auto  $_____ | | $0.00 |
| Home $ | | $0.00 |
| Life $ | | $0.00 |
| Other $ | | $0.00 |
| **TOTAL INSURANCE………………………………** | $0.00 | $0.00 |
| 8.   Restaurants | $718.39 | $3,453.50 |
| 9.  Recreation/Travel | $310.66 | $1,382.26 |
| 10.  Payroll Taxes | $2,801.50 | $13,807.80 |
| 11.  Other Expenses | $49.99 | $760.57 |
| 12.  Support | | $0.00 |
| 13. Quarterly OUST payments | | $650.00 |

| | | |
|---|---|---|
| **TOTAL MONTHLY EXPENDITURES………………………..** | $9,908.31 | $21,147.34 |
| **EXCESS INCOME OVER EXPENSES…………………………** | $91.69 | $6,453.41 |

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of January 2, 2018
To January 31, 2018

|  | Current | | Total Since Filing | |
|---|---|---|---|---|
| **BUSINESS RECEIPTS:** | | | | |
| Rental Income | $ | 105,768.71 | $ | 105,768.71 |
| Other Income | | | | |
|  | | | | |
| **TOTAL INCOME** | $ | 105,768.71 | $ | 105,768.71 |
|  | | | | |
| **BUSINESS DISBURSEMENTS:** | | | | |
|  | | | | |
| Mortgage Payments | $ | 6,854.42 | $ | 6,854.42 |
| Interest Expense | $ | 3,102.54 | $ | 3,102.54 |
| Management Fees | $ | 12,100.00 | $ | 12,100.00 |
| Property Taxes | $ | 24,952.43 | $ | 24,952.43 |
| Repairs | $ | 25,665.19 | $ | 25,665.19 |
| Utilities - Gas | $ | 4,429.45 | $ | 4,429.45 |
| Utilities - Water | $ | 2,514.91 | $ | 2,514.91 |
| Insurance | $ | 8,586.22 | $ | 8,586.22 |
| Contract Labor | $ | 2,814.75 | $ | 2,814.75 |
| Car Payment | $ | 676.87 | $ | 676.87 |
| Gas | $ | 211.76 | $ | 211.76 |
| Bank Service Charges | $ | 54.00 | $ | 54.00 |
|  | | | | |
| **TOTAL BUSINESS DISBURSEMENTS** | | | | |
|  | $ | 91,962.54 | $ | 91,962.54 |
|  | | | | |
| **EXCESS INCOME OVER EXPENSES...........................** | $ | 13,806.17 | $ | 13,806.17 |

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of February 1 , 2018
To February 28, 2018

|  | Current | | Total Since Filing | |
|---|---|---|---|---|
| **BUSINESS RECEIPTS:** | | | | |
| Rental Income | $ | 104,738.00 | $ | 210,506.71 |
| Other Income | | | | |
| | | | | |
| **TOTAL INCOME** | $ | 104,738.00 | $ | 210,506.71 |
| | | | | |
| **BUSINESS DISBURSEMENTS:** | | | | |
| | | | | |
| Mortgage Payments | $ | 6,854.42 | $ | 13,708.84 |
| Interest Expense | $ | 3,102.54 | $ | 6,205.08 |
| Management Fees | $ | 12,000.00 | $ | 24,100.00 |
| Property Taxes | | | $ | 24,952.43 |
| Repairs | $ | 17,031.05 | $ | 42,696.24 |
| Rental Fees | $ | 219.00 | $ | 219.00 |
| Utilities - Gas | $ | 2,956.13 | $ | 7,385.58 |
| Utilities - Water | $ | 1,542.00 | $ | 4,056.91 |
| Insurance | $ | 9,524.28 | $ | 18,110.50 |
| Contract Labor | $ | 84.39 | $ | 2,899.14 |
| Car Payment | $ | 676.87 | $ | 1,353.74 |
| Gas | $ | 130.63 | $ | 342.39 |
| Office Supplies | $ | 442.05 | $ | 442.05 |
| Postage | $ | 56.70 | $ | 56.70 |
| Telephone | $ | 185.27 | $ | 185.27 |
| Legal Fee Retainer | $ | 5,000.00 | $ | 5,000.00 |
| Bank Service Charges | | | $ | 54.00 |
| | | | | |
| **TOTAL BUSINESS DISBURSEMENTS** | | | | |
| | $ | 59,805.33 | $ | 151,767.87 |
| | | | | |
| **EXCESS INCOME OVER EXPENSES……………………** | $ | 44,932.67 | $ | 58,738.84 |

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of March 1 , 2018
To March 31, 2018

|  | Current |  | Total Since Filing |  |
|---|---|---|---|---|
| **BUSINESS RECEIPTS:** |  |  |  |  |
| Rental Income | $ | 103,847.67 | $ | 314,354.38 |
| Transfer from savings account | $ | 20,000.27 | $ | 20,000.27 |
| Dividend | $ | 0.72 | $ | 0.72 |
| Refund of insurance premiums paid | $ | 10,996.70 | $ | 10,996.70 |
|  |  |  |  |  |
| **TOTAL INCOME** | $ | 134,845.36 | $ | 345,352.07 |
|  |  |  |  |  |
| **BUSINESS DISBURSEMENTS:** |  |  |  |  |
|  |  |  |  |  |
| Mortgage Payments | $ | 21,429.56 | $ | 13,708.84 |
| Interest Expense |  |  | $ | 6,205.08 |
| Management Fees | $ | 12,000.00 | $ | 24,100.00 |
| Property Taxes | $ | 672.96 | $ | 24,952.43 |
| Repairs | $ | 22,262.12 | $ | 42,696.24 |
| Rental Fees |  |  | $ | 219.00 |
| Utilities - Electricity/Gas | $ | 2,375.48 | $ | 7,385.58 |
| Utilities - Water | $ | 1,721.65 | $ | 4,056.91 |
| Insurance | $ | 8,880.70 | $ | 18,110.50 |
| Contract Labor | $ | 1,531.70 | $ | 2,899.14 |
| Car Payment | $ | 676.87 | $ | 1,353.74 |
| Car Expenses | $ | 734.82 |  |  |
| Gas |  |  | $ | 342.39 |
| Office Supplies | $ | 52.65 | $ | 442.05 |
| Postage | $ | 91.00 | $ | 56.70 |
| Telephone | $ | 557.03 | $ | 185.27 |
| Legal Fee Retainer | $ | 10,000.00 | $ | 5,000.00 |
| Accounting Firm Retainer | $ | 5,000.00 |  |  |
| Bank Service Charges |  |  | $ | 54.00 |
|  |  |  |  |  |
| **TOTAL BUSINESS DISBURSEMENTS** |  |  |  |  |
|  | $ | 87,986.54 | $ | 151,767.87 |
|  |  |  |  |  |
| **EXCESS INCOME OVER EXPENSES............................** | $ | 46,858.82 | $ | 88,846.20 |

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of April 1, 2018
To April 30, 2018

|  | April | Total Since Filing |
|---|---|---|
| **BUSINESS RECEIPTS:** | | |
| Rental Income | $99,617.00 | $413,971.38 |
| Transfer from savings account | $0.00 | $20,000.27 |
| Dividend | $0.00 | $0.72 |
| Refund of insurance premiums paid | $0.00 | $10,996.70 |
| | | |
| **TOTAL INCOME** | $99,617.00 | $444,969.07 |
| | | |
| BUSINESS DISBURSEMENTS: | | |
| | | |
| Mortgage Payments | $13,091.44 | $48,229.84 |
| Interest Expense | $6,822.48 | $13,027.56 |
| Management Fees | $12,000.00 | $48,100.00 |
| Property Taxes | $23.76 | $25,649.15 |
| **Repairs** | $31,242.59 | $96,200.95 |
| Rental Fees | | $219.00 |
| Utilities - Electricity/Gas | $1,515.23 | $11,276.29 |
| Utilities - Water | $2,502.19 | $8,280.75 |
| Insurance | $8,505.52 | $35,496.72 |
| Contract Labor | $753.75 | $5,184.59 |
| Car Payment | $676.87 | $2,707.48 |
| Car Expenses | $858.32 | $1,593.14 |
| **Gas** | | $342.39 |
| Office Supplies | $69.71 | $564.41 |
| Postage | $107.00 | $254.70 |
| Telephone | | $742.30 |
| Legal Fee Retainer | $5,000.00 | $20,000.00 |
| Accounting Firm Retainer | | $5,000.00 |
| Quarterly Fee to OUST | $1,950.00 | $1,950.00 |
| Taxes (Estimated Quarterly Payments) | $30,000.00 | $30,000.00 |
| **Bank Service Charges** | | $54.00 |
| | | |
| TOTAL BUSINESS DISBURSEMENTS | $115,118.86 | $354,873.27 |
| | | |
| EXCESS INCOME OVER EXPENSES............................. | -$15,501.86 | $90,095.80 |

Case Name: Timothy David Bakeman
Case Number: 18-40004-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of May 1, 2018
To May 31, 2018

| | May | Total Since Filing |
|---|---|---|
| **BUSINESS RECEIPTS:** | | |
| Rental Income | $110,314.41 | $524,285.79 |
| Transfer from savings account | $0.00 | $20,000.27 |
| Dividend | $0.00 | $0.72 |
| Refund of insurance premiums paid | $0.00 | $10,996.70 |
| | | |
| **TOTAL INCOME** | $110,314.41 | $555,283.48 |
| | | |
| BUSINESS DISBURSEMENTS: | | |
| | | |
| Mortgage Payments | $6,822.52 | $55,052.36 |
| Interest Expense | $3,411.96 | $16,439.52 |
| Management Fees | $12,000.00 | $60,100.00 |
| Property Taxes | | $25,649.15 |
| Repairs | $23,284.55 | $119,485.50 |
| Rental Fees | | $219.00 |
| Utilities - Electricity/Gas | $1,775.02 | $13,051.31 |
| Utilities - Water | $1,233.90 | $9,514.65 |
| Insurance | $9,175.71 | $44,672.43 |
| Contract Labor | $737.00 | $5,921.59 |
| Car Payment | $676.87 | $3,384.35 |
| Car Expenses | | $1,593.14 |
| Gas | $169.58 | $511.97 |
| Office Supplies | $113.23 | $677.64 |
| Postage | | $254.70 |
| Telephone | $190.00 | $932.30 |
| Legal Fee Retainer | $20,000.00 | $40,000.00 |
| Accounting Firm Retainer | | $5,000.00 |
| Quarterly Fee to OUST | | $1,950.00 |
| Taxes (Estimated Quarterly Payments) | | $30,000.00 |
| Bank Service Charges | $60.00 | $114.00 |
| | | |
| TOTAL BUSINESS DISBURSEMENTS | $79,650.34 | $434,523.61 |
| | | |
| EXCESS INCOME OVER EXPENSES............................ | $30,664.07 | $120,759.87 |

Case Name: Villa Properties, LLC
Case Number: 18-40003-PJS

**PROFIT AND LOSS STATEMENT**
For the Period of June 1, 2018
To June 30, 2018

|  | June |  | Total Since Filing |
|---|---|---|---|
| **BUSINESS RECEIPTS:** |  |  |  |
| Rental Income | $ | 115,058.74 | $ 639,344.53 |
| Transfer from savings account |  |  | $ 20,000.27 |
| Dividend |  |  | $ 0.72 |
| Refund of insurance premiums paid |  |  | $ 10,996.70 |
|  |  |  | $ - |
| **TOTAL INCOME** | $ | 115,058.74 | $ 670,342.22 |
|  |  |  | $ - |
| BUSINESS DISBURSEMENTS: |  |  | $ - |
|  |  |  | $ - |
| Mortgage Payments | $ | 8,936.36 | $ 63,988.72 |
| Interest Expense | $ | 3,411.96 | $ 19,851.48 |
| Management Fees | $ | 24,000.00 | $ 84,100.00 |
| Property Taxes | $ | 47.39 | $ 25,696.54 |
| Repairs | $ | 22,642.87 | $ 142,128.37 |
| Rental Fees | $ | 219.00 | $ 438.00 |
| Utilities - Electricity/Gas | $ | 1,005.79 | $ 14,057.10 |
| Utilities - Water |  |  | $ 9,514.65 |
| Insurance | $ | 8,003.03 | $ 52,675.46 |
| Contract Labor | $ | 1,002.00 | $ 6,923.59 |
| Car Payment | $ | 676.87 | $ 4,061.22 |
| Car Expenses | $ | 593.91 | $ 2,187.05 |
| Gas |  |  | $ 511.97 |
| Office Supplies | $ | 97.20 | $ 774.84 |
| Postage | $ | 200.00 | $ 454.70 |
| Telephone | $ | 190.29 | $ 1,122.59 |
| Legal Fee Retainer | $ | 5,000.00 | $ 45,000.00 |
| Accounting Firm Retainer |  |  | $ 5,000.00 |
| Real Estate Consultant (per court order) | $ | 4,795.00 | $ 4,795.00 |
| Quarterly Fee to OUST |  |  | $ 1,950.00 |
| Taxes (Estimated Quarterly Payments) | $ | 30,000.00 | $ 60,000.00 |
| Bank Service Charges | $ | 60.00 | $ 174.00 |
|  |  |  |  |
| TOTAL BUSINESS DISBURSEMENTS | $ | 110,881.67 | $ 434,523.61 |
|  |  |  |  |
| EXCESS INCOME OVER EXPENSES............................ | $ | 4,177.07 | $ 120,759.87 |

**Form 8825**
(Rev. December 2010)
Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions on page 2.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

**Name**

VILLA PROPERTIES, L.L.C.

**Employer identification number**

:6384

1 Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property - street, city, state, ZIP code | Type - Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | | 8 - RENTAL PROPERTIES - MICHIGAN | | |
| B | | | | |
| C | | | | |
| D | | | | |

| | | | **Properties** | | |
|---|---|---|---|---|---|
| | | | A | B | C | D |
| **Rental Real Estate Income** | | | | | | |
| 2 Gross rents | 2 | 1,372,774. | | | |
| **Rental Real Estate Expenses** | | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | 14,616. | | | |
| 5 Cleaning and maintenance | 5 | 1,979. | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | 81,005. | | | |
| 8 Legal and other professional fees | 8 | 46,779. | | | |
| 9 Interest | 9 | 264,790. | | | |
| 10 Repairs | 10 | 327,576. | | | |
| 11 Taxes | 11 | 68,083. | | | |
| 12 Utilities | 12 | 38,723. | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | 343,611. | | | |
| 15 Other (list) ▶ STMT 3 | 15 | 136,850. | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | 1,324,012. | | | |
| 17 Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | 48,762. | | | |

| | | | |
|---|---|---|---|
| 18a Total gross rents. Add gross rents from line 2, columns A through H | 18a | 1,372,774. |
| b Total expenses. Add total expenses from line 16, columns A through H | 18b ( | 1,324,012.) |
| 19 Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate act vities | 19 | |
| 20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) Employer identification number |
|---|---|
| | |
| | |

21 Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:
- Form 1065 or 1120S: Schedule K, line 2, or
- Form 1065-B: Part I, line 4

| | |
|---|---|
| 21 | 48,762. |

420141
05-01-14   JWA   **For Paperwork Reduction Act Notice, see page 2 of form.**

Form 8825 (12-2010)

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation
▶ See instructions on page 2.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

Name **VILLA PROPERTIES, LLC**

Employer Identification number **6384**

1 Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property - street, city, state, ZIP code | Type - Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | | 8 – RENTAL PROPERTIES – MICHIGAN | | |
| B | | | | |
| C | | | | |
| D | | | | |

| | | Properties | | | |
|---|---|---|---|---|---|
| | Rental Real Estate Income | **A** | **B** | **C** | **D** |
| 2 | Gross rents | 1,211,387. | | | |
| | Rental Real Estate Expenses | | | | |
| 3 | Advertising | | | | |
| 4 | Auto and travel | 15,429. | | | |
| 5 | Cleaning and maintenance | 1,992. | | | |
| 6 | Commissions | | | | |
| 7 | Insurance | 88,983. | | | |
| 8 | Legal and other professional fees | 14,775. | | | |
| 9 | Interest | 282,503. | | | |
| 10 | Repairs | 296,858. | | | |
| 11 | Taxes | 89,115. | | | |
| 12 | Utilities | 51,147. | | | |
| 13 | Wages and salaries | | | | |
| 14 | Depreciation (see instructions) | 314,551. | | | |
| 15 | Other (list) ▶ STMT 3 | 103,553. | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 1,258,906. | | | |
| 17 | Income or (Loss) from each property. Subtract line 16 from line 2 | -47,519. | | | |

| | | | |
|---|---|---|---|
| 18a | Total gross rents. Add gross rents from line 2, columns A through H | 18a | 1,211,387. |
| b | Total expenses. Add total expenses from line 16, columns A through H | 18b | ( 1,258,906.) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

(1) Name        (2) Employer identification number

| | | |
|---|---|---|
| 21 | Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:
• Form 1065 or 1120S: Schedule K, line 2, or
• Form 1065-B: Part I, line 4 | 21 | -47,519. |

520141
04-01-15  JWA  For Paperwork Reduction Act Notice, see page 2 of form.

Form **8825** (12-2010)

```
VILLA PROPERTIES, LLC                                                6384
```

| SCHEDULE K | NET INCOME (LOSS) FROM RENTAL REAL ESTATE | STATEMENT 1 |
|------------|-------------------------------------------|-------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RENTAL PROPERTIES - MICHIGAN | -47,519. |
| TOTAL TO SCHEDULE K, LINE 2 | -47,519. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 2 |
|------------|---------------------------|-------------|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|-------------|----------------------|-----------------|
| SECURITY DEPOSITS | 71,418. | 76,781. |
| TOTAL TO SCHEDULE L, LINE 17 | 71,418. | 76,781. |

| OTHER RENTAL EXPENSES | STATEMENT 3 |
|-----------------------|-------------|

PROPERTY: RENTAL PROPERTIES - MICHIGAN
LOCATION:

| DESCRIPTION | AMOUNT |
|-------------|--------|
| INSPEC FEES/TICKETS | 300. |
| BANK SERVICE CHARGES | 813. |
| OFFICE EXPENSE | 7,292. |
| TELEPHONE | 633. |
| EXTERMINATION | 2,925. |
| MANAGEMENT FEE | 75,600. |
| RENTAL EXPENSE | 176. |
| AMORTIZATION | 15,814. |
| TOTAL TO RENTAL SCHEDULE, LINE 15 | 103,553. |

Form **8825**
(Rev. December 2010)
Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation
▶ See instructions on page 2.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

Name: VILLA PROPERTIES, LLC

Employer identification number: 6384

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| Physical address of each property - street, city, state, ZIP code | Type - Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|
| **A** | 8 - RENTAL PROPERTIES - MICHIGAN | | |
| **B** | | | |
| **C** | | | |
| **D** | | | |

|  | | Properties | | | |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | **A** | **B** | **C** | **D** |
| 2 Gross rents | 2 | 1,255,018. | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | 11,403. | | | |
| 5 Cleaning and maintenance | 5 | 1,066. | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | 84,915. | | | |
| 8 Legal and other professional fees | 8 | 16,172. | | | |
| 9 Interest | 9 | 277,504. | | | |
| 10 Repairs | 10 | 255,773. | | | |
| 11 Taxes | 11 | 65,789. | | | |
| 12 Utilities | 12 | 48,179. | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | 325,276. | | | |
| 15 Other (list) ▶ STMT 3 | 15 | 159,444. | | | |
| | | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | 1,245,521. | | | |
| 17 Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | 9,497. | | | |

**18a** Total gross rents. Add gross rents from line 2, columns A through H ............ **18a** 1,255,018.
**b** Total expenses. Add total expenses from line 16, columns A through H ............ **18b** ( 1,245,521.)
**19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities ............ **19**
**20a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) ............ **20a**
**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

(1) Name

(2) Employer identification number

**21** Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on: **21** 9,497.
- Form 1065 or 1120S: Schedule K, line 2, or
- Form 1065-B: Part I, line 4

620141
04-01-16   JWA   For Paperwork Reduction Act Notice, see page 2 of form.

Form **8825** (12-2010)

09100320 759631 02230.02229   2016.03010 VILLA PROPERTIES, LLC   02230_01